B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Western Funding Incorporated** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**95-2398043** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3915 E. Patrick Lane**<br>**Las Vegas, NV**<br>ZIP Code **89120** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities,
  check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined
  in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which**
**the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition
  of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition
  of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding
by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization
  under Title 26 of the United States
  Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts,
  defined in 11 U.S.C. § 101(8) as
  "incurred by an individual primarily for
  a personal, family, or household purpose."
- ■ Debts are primarily
  business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must
  attach signed application for the court's consideration certifying that the
  debtor is unable to pay fee except in installments. Rule 1006(b). See Official
  Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
  attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)
  are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.
Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,
  in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**    *** Matthew C. Zirzow 7222 ***
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
  there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                                      Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Western Funding Incorporated** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **Western Funding Inc. of Nevada** | Case Number: 13-17586 | Date Filed: **9/04/13** |
| District: **Nevada** | Relationship: **Affiliate** | Judge: LED |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). X _____  Signature of Attorney for Debtor(s)        (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? ☐ Yes, and Exhibit C is attached and made a part of this petition. ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. If this is a joint petition: ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** (Check any applicable box) |
|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** (Check all applicable boxes) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) _____  (Name of landlord that obtained judgment)  _____  (Address of landlord) |
| ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13)                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Western Funding Incorporated** |

<table>
<tr><td colspan="2" align="center">Signatures</td></tr>
<tr>
<td>

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

</td>
<td>

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

</td>
</tr>
<tr>
<td>

**Signature of Attorney\***

X _____
Signature of Attorney for Debtor(s)

**Matthew C. Zirzow 7222**
Printed Name of Attorney for Debtor(s)

**LARSON & ZIRZOW, LLC**
Firm Name

**810 S. Casino Center Blvd. #101**
**Las Vegas, NV 89101**

_____
Address

**zlarson@lzlawnv.com / mzirzow@lzlawnv.com**
**(702) 382-1170  Fax: (702) 382-1169**
Telephone Number

9/3/13
Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

</td>
<td>

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

</td>
</tr>
<tr>
<td>

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Frederick A. Cooper**
Printed Name of Authorized Individual

**President, Chief Executive Officer, and Director**
Title of Authorized Individual

9/3/2013
Date

</td>
<td></td>
</tr>
</table>

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    **Western Funding Incorporated**    Case No. _____

_____  Chapter    **11**
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Adrianna F. Merrell & Timothy Trust 35940 Camelot Circle Wildomar, CA 92595 | Adrianna F. Merrell & Timothy Trust 35940 Camelot Circle Wildomar, CA 92595 | Subordinated Note | | 1,163,474.91 |
| Autos Unlimited Inc. Attn: Bankruptcy Dept / Managing Agent 3112 E. Freemont Street Las Vegas, NV 89104 | Autos Unlimited Inc. Attn: Bankruptcy Dept / Managing Agent 3112 E. Freemont Street Las Vegas, NV 89104 | Dealer agreement | Contingent Subject to Setoff | 113,328.93 |
| Bobbie Fae Clare 5351 Tazewell Pointe Way Knoxville, TN 37918 | Bobbie Fae Clare 5351 Tazewell Pointe Way Knoxville, TN 37918 | Subordinated Note | | 192,754.79 |
| Cope Family Ventures 920 Essex Ave Henderson, NV 89015 | Cope Family Ventures 920 Essex Ave Henderson, NV 89015 | Subordinated Note | | 4,198,536.73 |
| Credit Express Attn: Bankruptcy Dept / Managing Agent PO Box 425 Waterflow, NM 87421 | Credit Express Attn: Bankruptcy Dept / Managing Agent PO Box 425 Waterflow, NM 87421 | Dealer agreement | Contingent Subject to Setoff | 630,503.64 |
| Danielle Merrell 37444 Hydrus Place Murrieta, CA 92563 | Danielle Merrell 37444 Hydrus Place Murrieta, CA 92563 | Subordinated Note | | 260,479.45 |
| Deals with Wheels, LLC Attn: Bankruptcy Dept. / Managing Agent 4610 W. Main Street Farmington, NM 87401 | Deals with Wheels, LLC Attn: Bankruptcy Dept. / Managing Agent 4610 W. Main Street Farmington, NM 87401 | Dealer agreement | Contingent Subject to Setoff | 158,119.41 |
| Guerin B Senter 2314 Prometheus Court Henderson, NV 89074 | Guerin B Senter 2314 Prometheus Court Henderson, NV 89074 | Employee | Disputed | 318,892.00 |
| H E or Trina Lobaugh 12534 Sun Glow Dr El Cajon, CA 92021 | H E or Trina Lobaugh 12534 Sun Glow Dr El Cajon, CA 92021 | Subordinated Note | | 104,191.80 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Western Funding Incorporated**                Case No.                            

                                  Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Holland & Hart<br>Attn: Bankruptcy Dept/<br>Managing Agent<br>PO Box 17283<br>Denver, CO 80217-0283 | Holland & Hart<br>Attn: Bankruptcy Dept/ Managing Agent<br>PO Box 17283<br>Denver, CO 80217-0283 | Professional - Legal | Disputed | 197,847.26 |
| J.C. Bromac Corp<br>Attn: Bankruptcy Dept /<br>Managing Agent<br>11860 S La Cienega<br>Hawthorne, CA 90250 | J.C. Bromac Corp<br>Attn: Bankruptcy Dept / Managing Agent<br>11860 S La Cienega<br>Hawthorne, CA 90250 | Dealer agreement | Contingent<br>Subject to<br>Setoff | 106,218.18 |
| Jerry Willis Motors LLC<br>Attn: Bankruptcy Dept /<br>Managing Agent<br>2892 Hwy 178 E<br>Tupelo, MS 38804 | Jerry Willis Motors LLC<br>Attn: Bankruptcy Dept / Managing Agent<br>2892 Hwy 178 E<br>Tupelo, MS 38804 | Dealer agreement | Contingent<br>Subject to<br>Setoff | 519,238.67 |
| Lois E. West<br>1000 N Star Dr #25<br>Stillwater, OK 74075 | Lois E. West<br>1000 N Star Dr #25<br>Stillwater, OK 74075 | Subordinated Note | | 104,191.80 |
| MAS Motors<br>Attn: Bankruptcy Dept /<br>Managing Agent<br>1505 I-45 S<br>Conroe, TX 77301 | MAS Motors<br>Attn: Bankruptcy Dept / Managing Agent<br>1505 I-45 S<br>Conroe, TX 77301 | Dealer agreement | Contingent<br>Subject to<br>Setoff | 105,233.31 |
| Monzon Auto Sales<br>Attn: Bankruptcy Dept /<br>Managing Agent<br>4245 East 8th Ave<br>Hialeah, FL 33013 | Monzon Auto Sales<br>Attn: Bankruptcy Dept / Managing Agent<br>4245 East 8th Ave<br>Hialeah, FL 33013 | Dealer agreement | Contingent<br>Subject to<br>Setoff | 300,321.63 |
| NM Autos Direct<br>Attn: Bankruptcy Dept /<br>Managing Agent<br>9200 Central Ave SE<br>Albuquerque, NM 87123 | NM Autos Direct<br>Attn: Bankruptcy Dept / Managing Agent<br>9200 Central Ave SE<br>Albuquerque, NM 87123 | Dealer agreement | Contingent<br>Subject to<br>Setoff | 132,179.68 |
| Patricia A Cousino<br>17-777 Langlois Rd SP71<br>Desert Hot Springs, CA 92241 | Patricia A Cousino<br>17-777 Langlois Rd SP71<br>Desert Hot Springs, CA 92241 | Subordinated Note | | 105,233.72 |
| Sharon L. Hoops<br>9320 Dillon Dr.<br>La Mesa, CA 91941 | Sharon L. Hoops<br>9320 Dillon Dr.<br>La Mesa, CA 91941 | Subordinated Note | | 150,000.00 |
| Timothy J. Salas<br>4246 Conrad Ave<br>San Diego, CA 92117 | Timothy J. Salas<br>4246 Conrad Ave<br>San Diego, CA 92117 | Subordinated Note | | 764,073.06 |
| Virginia Hall<br>333 MT. View #108<br>Talent, OR 97540 | Virginia Hall<br>333 MT. View #108<br>Talent, OR 97540 | Subordinated Note | | 104,191.80 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Western Funding Incorporated**                                          Case No. _____

_____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President, Chief Executive Officer, and Director of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date ___9/3/2013___          Signature _____

Frederick A. Cooper
**President, Chief Executive Officer, and Director**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### District of Nevada

In re    **Western Funding Incorporated**

Debtor

Case No. _____

Chapter _____ **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Harbor Structured Finance, LLC C/o The Corporation Trust Co. Corporate Trust Center 1209 Orange Street Wilmington, DE 19801** | | | **100% shareholder** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President, Chief Executive Officer, and Director of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date ___9/3/2013___

Signature _____

**Frederick A. Cooper
President, Chief Executive Officer, and Director**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

___0___ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## District of Nevada

In re __Western Funding Incorporated__

Debtor(s)

Case No. _____

Chapter __11__

# VERIFICATION OF CREDITOR MATRIX

I, the President, Chief Executive Officer, and Director of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __9/3/2013__

Frederick A. Cooper/President, Chief Executive Officer, and Director
Signer/Title

```
WESTERN FUNDING INCORPORATED
3915 E. PATRICK LANE
LAS VEGAS, NV 89120

MATTHEW C. ZIRZOW
LARSON & ZIRZOW, LLC
810 S. CASINO CENTER BLVD. #101
LAS VEGAS, NV 89101

$5K CAR KING
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1131 S. STEMMONS FREEWAY
LEWISVILLE, TX 75067

101 MOTORSPORTS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
8515 PRUNEDALE ROAD
PRUNEDALE, CA 93907

4X4 AUTO
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
21698 HWY 160 WEST
DURANGO, CO 81303

747 AUTO SALES & LEASING
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
747 N. STATE ROAD 7
PLANTATION, FL 33317

A & A AUTO LLC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
3495 S. FEDERAL BLVD.
ENGLEWOOD, CO 80110

A & A CLEANING SERVICES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
PO BOX 1277
PEARLAND, TX 77588-1277

A & V AUTO SALES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1330 BANDERA ROAD
SAN ANTONIO, TX 78228

A QUALITY AUTO SALES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
921 EUBANK BLVD.
ALBUQUERQUE, NM 87112

A'S FAMILY TRUST
35940 CAMELOT CIRCLE
WILDOMAR, CA 92595
```

A-1 AUTO SALES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
811 W. CORSICANA
ATHENS, TX 75751

A-AFFORDABLE PRE-OWNED CARS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
PO BOX 305
OILTON, OK 74052

A2Z PRINTING INC
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
1505 W. OAKEY BLVD
LAS VEGAS, NV 89102

AAA MOTORS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
3160 SW 8 STREET
MIAMI, FL 33135

AAA TILE & STONE
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
1900 S. RAINBOW BLVD
SUITE C
LAS VEGAS, NV 89146

ABQ AUTO DEALS, LLC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
169 GRIEGOS ROAD NW
ALBUQUERQUE, NM 87107

ABRAHAM HENDERSON
7033 GRASSY KNOLL STREET
LAS VEGAS, NV 89147

ACCESS CAPITAL INVESTMENT GROUP, INC.,
A/K/A AFFILIATED FUNDING CORP.
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 40409
DENVER, CO 80204

ACCOUNTEMPS
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
FILE 73484
PO BOX 743295
LOS ANGELES, CA 90074

ACCOUNTEMPTS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
FILE 73484
PO BOX 743295
LOS ANGELES, CA 90074

ACTION AIR CONDITIONING INC
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
2002 SO. HIGHLANDS DRIVE
LAS VEGAS, NV 89102

ADOLFO JESUS SANTIAGO
9180 SPOONBILL RIDGE LANE
LAS VEGAS, NV 89143

ADONIS AUTO GROUP, LLC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
804 N. WATSON ROAD
ARLINGTON, TX 76011

ADP
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
PO BOX 31001-1874
PASADENA, CA 91110-1874

ADRIANE BAILEY
5804 SEVEN POINTS TRACE
HERMITAGE, TN 37076

ADRIANNA F. MERRELL & TIMOTHY TRUST
35940 CAMELOT CIRCLE
WILDOMAR, CA 92595

ADVANCED AUTO SALES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
5030 SOUTH STATE RD. 7
HOLLYWOOD, FL 33314

ADVANCED IMAGING SOLUTIONS (PASADENA)
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
PO BOX 31001-0271
PASADENA, CA 91110-0271

ADVANTAGE RECOVERY INC.
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
20131 ALDINE WESTFIELD RD
HUMBLE, TX 77338

AFFORDABLE AUTO SALES TX
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
421 VALLEY HI DR
SAN ANTONIO, TX 78227

AIRPORT AUTO CENTER
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
904 W. MAIN
FARMINGTON, NM 87401

AL SERRA CHEVROLET-SOUTH
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
PO BOX 15000
COLORADO SPRINGS, CO 80936

ALFRED L MOSCA
9955 BURTON LAKE CT.
LAS VEGAS, NV 89148

ALJA M TAYLOR
5849 CAPSICUM COURT
LAS VEGAS, NV 89118

ALL IN ENTERPRISES, LLC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1562 N. NELLIS BLVD.
LAS VEGAS, NV 89110

ALLAN D. DEANDRE
7405 BURNHAM AVE #1012
LAS VEGAS, NV 89123

ALLEN AUTOMOTIVE
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
6400 CARTER #400
MERIAM, KS 66202

ALLISON L. FRIEDMAN, ESQ.
ALLISON L. FRIEDMAN, P.A.
20533 BISCAYNE BLVD. STE. 4-435
AVENTURA, FL 33180-1529

ALLY
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
PO BOX 9001951
LOUISVILLE, KY 40290-1951

ALPHA AUTOMOBILE SALES, LLC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
6904 JOHNSTON STREET
LAFAYETTE, LA 70503

ALPINE WATER SYSTENS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
PO BOX 94436
LAS VEGAS, NV 89193-4436

ALVIN J PANAHON
9851 MASPALOMAS STREET
LAS VEGAS, NV 89178

AM PM VEHICLE PROS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
304 S. TIMBERLAND DRIVE
LUFKIN, TX 75901

AMANDA J. JIMISON
8212 TEXIAN TRAIL
MCKINNEY, TX 75070

AMANDA NUNEZ
C/O ROBERT L. SWEARINGEN, ESQ.
4322 FOREST PARK AVE.
SAINT LOUIS, MO 63108

AMAZING AUTO SALES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
8502 HIGHWAY 6 SOUTH
HOUSTON, TX 77083

AMAZING AUTO SALES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
4619 N. SHEPHERD DRIVE
HOUSTON, TX 77018

AMAZON AUTO SALES
ATTN: BANKRUPTCY DESK / MANAGING AGENT
4619 N. SHEPHERD DR.
HOUSTON, TX 77018

AMBER BRYANT
C/O ROBERT L. SWEARINGEN, ESQ.
LEGAL SERVICES OF EASTERN MISSOURI
4232 FOREST PARK BLVD.
SAINT LOUIS, MO 63108

AMBER T. HAHN
5907 ANACONA DRIVE
LAS VEGAS, NV 89141

AMERICAN AUTO SALES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
9925 FM 1960 WEST
HOUSTON, TX 77070

AMERICAN EXPRESS
Acct No x-x1008
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 0001
LOS ANGELES, CA 90096-8000

AMERICAN MINI STORAGE
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
6380 ANNIE OAKLEY DR.
LAS VEGAS, NV 89120

AMERICAN MOTORCYCLE TRADING CO
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
2925 E. DIVISION STREET
ARLINGTON, TX 76011

AMERICAN MOTORS INC.
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
915 BROADWAY
CAPE GIRARDEAU, MO 63701

AMIGO AUTO SALES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
2610 LAS VEGAS BLVD.
NORTH LAS VEGAS, NV 89030

AMY M NAUENBURG
2800 S. EASTERN AVE. #904
LAS VEGAS, NV 89169

ANALOURDES M RODRIGUEZ
110 SW 12 STREET #707
MIAMI, FL 33130

ANDREA B. LANNIN
1016 WILMOORE SE APT. D
ALBUQUERQUE, NM 87106

ANGEL A. MCGOWAN
8748 CHESTNUT CIRCLE
KANSAS CITY, MO 64131

ANGELA M. IBEH
1200 W. CHEYENNE APT. 1167
NORTH LAS VEGAS, NV 89030

ANGELICA M QUEZADA
655 BERESFORD AVENUE
LAS VEGAS, NV 89123

ANGELINA RAMOS
9801 MARY ELLEN PL NE
ALBUQUERQUE, NM 87111

ANTHEM BC & BS DENTAL
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
PO BOX 202837
DEPARTMENT 83720
DALLAS, TX 75320-2837

ANTHEM BLUE CROSS & BLUE SHIELD
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
PO BOX 541029
LOS ANGELES, CA 90054

ANTONIO L VILLARREAL
1516 KENWOOD CT NW
ALBUQUERQUE, NM 87120

ANTONIO LEWIS
Acct No xxxx-xxx2292
C/O ROBERT L. SWEARINGEN, ESQ.
LEGAL SERVICES OF EASTERN MISSOURI
4232 FOREST PARK BLVD.
SAINT LOUIS, MO 63108

ANTONIO LEWIS
C/O ROBERT L. SWEARINGEN, ESQ.
LEGAL SERVICES OF EASTERN MISSOURI
4232 FOREST PARK BLVD.
SAINT LOUIS, MO 63108

APAC AUTO SALES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
5700 MANCHACA RD., STE. 570
AUSTIN, TX 78745

APPROVED AUTO SALES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
5318 E. 11TH STREET
TULSA, OK 74112

APRIL COLLINS
3606 LAGUNDA VERDE WAY
LAS VEGAS, NV 89121

ARDELLA WILLIAMS
C/O ROBERT L. SWEARINGEN, ESQ.
4322 FOREST PARK AVE.
SAINT LOUIS, MO 63108

ARIZONA LTO LLC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
4829 W. GLENDALE AVE.
GLENDALE, AZ 85301

ARLINGTON DOWNS TOWER
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
2225 E. RANDOL MILL ROAD
SUITE 209
ARLINGTON, TX 76011

ARROWHEAD
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
PO BOX 856158
LOUISVILLE, KY 40285-6158

ASHLEY M. DURON
9622 YEARLING COURT
HOUSTON, TX 77065

ASPEN COMMUNICATIONS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
6311 S. DEAN MARTIN DRIVE
LAS VEGAS, NV 89118

ASSET RESOLUTIONS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
PO BOX 310721
HOUSTON, TX 77231

ASTRID P. BORDONE
6700 NW 114TH AVE., APT. 922
MIAMI, FL 33178

AT&T (HOUSTON)
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
PO BOX 105414
ATLANTA, GA 30348

AT&T (MIAMI)
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
PO BOX 105262
ATLANTA, GA 30348-5262

AT&T (NASHVILLE)
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
PO BOX 105262
ATLANTA, GA 30348

AT&T MOBILITY
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
PO BOX 6463
CAROL STREAM, IL 60197

AT&T TELECONFERENCE SERVICES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
PO BOX 2840
OMAHA, NE 68103-2840

ATAYA'S MOTORS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
3409 FULTON AVE.
SACRAMENTO, CA 95821

ATLAS AUTO
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
5505 SAN PEDRO
SAN ANTONIO, TX 78212

AUCTION DIRECT AUTO WHOLESALE
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
3178 SW 8 ST
MIAMI, FL 33135

AUDI FINANCIAL SERVICES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
PO BOX 5212
CAROL STREAM, IL 60197-5215

AUTO CREDIT
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
8333 ALAMEDA AVE.
EL PASO, TX 79915

AUTO CREDIT MART, LLC
JOBY & HEATHER SCHRAIER
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
4711 RUTLEDGE WAY DRIVE
SAINT LOUIS, MO 63129

AUTO CREDIT NOW
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
2619 W. CAMELBACK ROAD
PHOENIX, AZ 85017

AUTO DEPOT INC.
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
5525 W. CHARLESTON
LAS VEGAS, NV 89146

AUTO INTEGRITY
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
900 EAST EISENHOWER BLVD.
LOVELAND, CO 80537

AUTO LOUNGE DBA AUTO CREDIT ST
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
3528 MARYLAND PKWY
LAS VEGAS, NV 89169

AUTO MASTERS II
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
609 THOMPSON LANE
NASHVILLE, TN 37204

AUTO MAX
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1115 UVALDE RD.
HOUSTON, TX 77015-3705

AUTO ONE MOTOR COMPANY
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
5330 N. BELT WEST
BELLEVILLE, IL 62226

AUTO PLANET, INC.
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
3591 BOULDER HWY
LAS VEGAS, NV 89121

AUTO SERVICES COMPANY, INC.
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
PO BOX 2400
MOUNTAIN HOME, AR 72654

AUTO SOURCE OF ALBUQUERQUE
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
10620 CENTRAL AVE. SE
ALBUQUERQUE, NM 87123

AUTO SPORT
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
799 SOUTH INTERSTATE 35
NEW BRAUNFELS, TX 78130

AUTO TECH SERVICE CENTER
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
8541 ST. RT. 73
HILLSBORO, OH 45133

AUTO WERKZ
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
3101 4TH STREET
ALBUQUERQUE, NM 87107

AUTOLAND AUTO SALES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1559 FT. CAMPBELL BLVD.
CLARKSVILLE, TN 37042

AUTOMART CARS & TRUCKS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
PO BOX 303
GRUVER, TX 79040

AUTOMOTIVE ACCEPTANCE COMPANY, LLC
JOBY & HEATHER SCHRAIER
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
4711 RUTLEDGE WAY DR.
SAINT LOUIS, MO 63129

AUTOMOTIVE PERSONNEL
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
14701 DETROIT AVE
SUITE 740
LAKEWOOD, OH 44107

AUTOS UNLIMITED INC.
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
3112 E. FREEMONT STREET
LAS VEGAS, NV 89104

```
AUTOSPEC INC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
8479 NORTH FREEWAY
HOUSTON, TX 77037

AUTOWORLD, INC.
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
5899 W. MAIN STREET
FARMINGTON, NM 87401

AVID TECHNICAL RESOURCES INC
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
PO BOX 9627
MANCHESTER, NH 03108

AVO AUTO SALES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
333 E. DIVISION STREET
ARLINGTON, TX 76011

AYANNA LEWIS
6650 WARM SPRINGS ROAD #2137
LAS VEGAS, NV 89118

AZTEC MOTORS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
908 SE 14TH STREET
DES MOINES, IA 50317

B&C AUTO SALES & RECON, INC.
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
3038 DEL MONTE BLVD.
MARINA, CA 93933

BAHA AUTO SALES INC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
4257 W. NORTH AVENUE
CHICAGO, IL 60639

BANK OF AMERICA
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
PO BOX 15220
WILMINGTON, DE 19886-5220

BARBARA A. MEYER
267 W. ATLANTIC AVE.
LAS VEGAS, NV 89132

BARNETT HARLEY DAVIDSON LP
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
8272 GATEWAY EAST
EL PASO, TX 79907
```

BASIN SUBARU, LLC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
2800 W. WALL
MIDLAND, TX 79701

BDO USA, LLP
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
PO BOX 31001-0860
PASADENA, CA 91110-0860

BERKI & BERKI ENTERPRISES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1370 N. LA CADENA DRIVE
COLTON, CA 92324

BERTHA RODRIGUEZ
9015 SW 17 TERR
MIAMI, FL 33165

BEST BUY AUTO SALES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
6825 S. FIGUEROA STREET
LOS ANGELES, CA 90003

BEST DEAL AUTO SALES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
6498 ALAMEDA AVE.
EL PASO, TX 79905

BEST MOTORS OF HOLLYWOOD, INC.
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
5971 HALLANDALE BEACH BLVD.
HOLLYWOOD, FL 33023

BESTWAY AUTOS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
8980 GATEWAY BLVD. E
EL PASO, TX 79907

BETTER AUTO OF MIAMI
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
3501 NW 27TH AVE.
MIAMI, FL 33142

BETTY J. BECK
PO BOX 1102
MORIARTY, NM 87035

BIG BELL AUTO SUPERSTORE
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
2020 E. BELL ROAD
PHOENIX, AZ 85022

BISMA CARS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
472 NORTH COBB PARKWAY
MARIETTA, GA 30062

BLACK BOX NETWORK SERVICES
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
SDS 12-0976
PO BOX 86
MINNEAPOLIS, MN 55486

BLOOMINGTON LINCOLN MERC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1001 CLOVER DRIVE
MINNEAPOLIS, MN 55420

BLUE RIBBON RELOCATION, LLC
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
2191 MENDENHALL DR.
NORTH LAS VEGAS, NV 89031

BMO HARRIS BANK, N.A.
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
115 SOUTH LASALLE STREET
CHICAGO, IL 60603

BMO HARRIS BANK, N.A.
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
115 S. LASALLE STREET / 19 W
CHICAGO, IL 60603

BOBBIE FAE CLARE
5351 TAZEWELL POINTE WAY
KNOXVILLE, TN 37918

BOCZ AUTO SALES & ACCESSORIES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
700 9TH AVE. SW
BESSEMER, AL 35022

BRADLEY P. RELIFORD
C/O GILBERT RUSSELL MCWHERTER, PLC
ATTN: JUSTIN GILBERT, ESQ.
101 NORTH HIGHLAND AVE.
JACKSON, TN 38301

BRANCH AUTO SALES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1640 S I-35
CARROLLTON, TX 75006

BRANDIA L. MCLEMORE
313 ROBIN STREET
DEER PARK, TX 77536

BRATTON AUTOMOTIVE INC.
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1140 LEE RD #197
PHENIX CITY, AL 36870

BRET J PANGBORN
3952 SILK OAK LANE
PALM HARBOR, FL 34685

BRET PANGBORN
3952 SILK OAK LANE
PALM HARBOR, FL 34685

BRIAN B. BEAVAN
C/O GILBERT RUSSELL MCWHERTER, PLC
ATTN: JUSTIN GILBERT, ESQ.
101 NORTH HIGHLAND AVE.
JACKSON, TN 38301

BRICKELL MOTORS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
665 SW 8TH STREET
MIAMI, FL 33130

BRITNEY HALEWYN
12910 CR 557
ALVIN, TX 77511

BRYANT DEPENDABLE MOTORS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
3745 JIMMY LEE SMITH
HIRAM, GA 30141

BT AMERICANS, INC.
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
PO BOX 2900
CAROL STREAM, IL 60132

BULLMOOSE MOTOR SPORTS LLC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1620 E. STATE HWY 121
BLDG C, STE. 100
LEWISVILLE, TX 75056

BUTLER & SNOW
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
PO BOX 6010
RIDGELAND, MS 39158-6010

BUTLER, SNOW, O'MARA, STEVENS & CANNADA
ATTN: SARA ANNE QUINN, ESQ.
150 THIRD AVENUE SOUTH, SUITE 1600
NASHVILLE, TN 37201

BUXHAM HCS LLC
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
718 NORTH CROFT AVE
SUITE 102
WEST HOLLYWOOD, CA 90069

BUYERS CHOICE USED CARS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1225 S. GLOSTER STREET
TUPELO, MS 38801

C & J AUTO SALES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
3000 N. BELTLINE BLVD.
COLUMBIA, SC 29204

C & J AUTO WHOLESALE
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
6055 ALAMEDA
EL PASO, TX 79905

CALAMP WIRELESS NETWORKS CORP
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
75 REMITTANCE DR.
SUITE 6316
CHICAGO, IL 60675

CALAMP WIRELESS NETWORKS CORP
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
75 REMITTANCE DR.
SUITE 6316
CHICAGO, IL 60675

CALIFORNIA TRUCK SCHOOL
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
3990 INDUSTRIAL BLVD.
WEST SACRAMENTO, CA 95691

CAMILLE D. HARRIS
833 FUERTE COURT
HENDERSON, NV 89015

CAN DO AUTO SOLUTIONS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
11185 GATEWAY WEST
EL PASO, TX 79935

CAPITAL MOTORS CO
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1543 SE MILITARY
SAN ANTONIO, TX 78214

CAPITOL AUTO
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
7395 ALAMEDA RD
EL PASO, TX 79915

CAR 4 CREDIT.COM
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
18524 EUCLID AVE.
CLEVELAND, OH 44112

CAR BIZ
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
3803 SAN PEDRO AVE
SAN ANTONIO, TX 78212

CAR COLLECTION INC.
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
4925 W. HWY 74
MONROE, NC 28110

CAR DEALS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
502 E 9TH STREET
TRENTON, MO 64683

CAR FINDERS LLC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
2148 WOODRUFF AVE
GREENBRIER, TN 37073

CAR PROS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
5029 FOURTH STREET
ALBUQUERQUE, NM 87107

CARFAX
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
16630 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

CARLOS RODRIGUEZ
915 MADRID STREET
CORAL GABLES, FL 33134

CARMESHA L. WOODLEY
C/O SLOUGH CONNEALY IRWIN & MADDEN LLC
1627 MAIN STREET, SUITE 900
KANSAS CITY, MO 64108

CAROLE L TOWRY
710 FOREST RIDGE DRIVE
LA VERGNE, TN 37086

CARS & CREDIT OF FLORIDA
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1600 N. STREET RD. 7
HOLLYWOOD, FL 33021

CARS DIRECT INC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1716 FREMONT STREET
LAS VEGAS, NV 89101

CARS PLUS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
6975 ALAMEDA AVE.
EL PASO, TX 79915-3437

CASINO MOTORS, INC.
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
10074 3RD AVE.
DIBERVILLE, MS 39540

CASTORENA MOTORS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
11044 GARVEY AVENUE
SOUTH EL MONTE, CA 91733

CATHERINE E PETERS
2038 PALM STREET #433
LAS VEGAS, NV 89104

CATHERINE N MONTANER
8400 SW 202 ST
MIAMI, FL 33189

CATHY R. HOOPER
814 ROLLS ROYCE CT.
HUMBLE, TX 77396

CC AUTO BROKERS INC.
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
715 SPENCER HWY
SOUTH HOUSTON, TX 77587

CEDAR RAPIDS MOTOR WORKS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1820 6TH ST SW
CEDAR RAPIDS, IA 52404

CERRA L WHEELER
1732 EDDINGHAM CT.
LAS VEGAS, NV 89156

CERTIFIED FIRE PROTECTION
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
3400 W. DESERT INN ROAD SUITE 20
LAS VEGAS, NV 89102

CESAR FIGUEROA
C/O SILVERBERG & WEISS, P.A.
1290 WESTON ROAD, SUITE 218
WESTON, FL 33326

CESAR G. CERDA
1950 LEE TRUNER RD.
CLEVELAND, TX 77328

CHAMPION MOTORS INC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
624 N GREAT SOUTHWEST PKWY
ARLINGTON, TX 76011

CHAPMAN & CUTLER, LLP
ATTN: DAVID AUDLEY, ESQ.
111 WEST MONROE
CHICAGO, IL 60603

CHARLES E POTTER
4148 S. BOULDERFILED PLACE
TUCSON, AZ 85730

CHARLES MACK WILKINSON
Acct No xxx85JC
DBA TEXAS AUTO CREDIT
C/O GEORGE EARL RENNEBERG, ESQ.
417 NUGENT STREET
CONROE, TX 77301

CHASE MOTOR FINANCE
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
815 E. TIDWELL RD.
HOUSTON, TX 77022

CHIMAX AUTO SALES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
6206 SAN PEDRO
SAN ANTONIO, TX 78216

CHIQUITA S NESBITT
4441 GINA BROOKS DRIVE
HERMITAGE, TN 37076

CHRIS SHEARER
580 VIA DIPARIONE CT.
HENDERSON, NV 89011

CHRISTOPHER A. KONRUFF
3518 MILFORD HAVEN STREET
LAS VEGAS, NV 89122

CHRISTOPHER J SHEARER
580 VIA DIPARIONE COURT
HENDERSON, NV 89011

CHRISTOPHER SALAZAR
10151 DORRELL LANE #3123
LAS VEGAS, NV 89166

CHULA MOTOR SPORTS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
526 S. MILL STREET
LEWISVILLE, TX 75057

CIC FUNDING
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
10520 NW 26TH STREET
C101
DORAL, FL 33172

CIELO AUTO SALES INC.
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
3401 EL CAJON BLVD.
SAN DIEGO, CA 92104

CINTAS DOCUMENT MANAGEMENT CORP.
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
PO BOX 633842
CINCINNATI, OH 45263-3842

CIT (QDS - DDS LEASE)
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
PO BOX 100706
PASADENA, CA 91189-0706

CITY OF MIAMI
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
PO BOX 105206
ATLANTA, GA 30348-5206

CITY OF SAN JOSE - BLIGHT
FINANCE REVENUE MANAGEMENT
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
200 E. SANTA CLARA STREET, 13TH FLOOR
SAN JOSE, CA 95113

CLARISSA J SPEHAR
3879 PUMPKIN CREEK STREET
LAS VEGAS, NV 89122

CLARK COUNTY ASSESSOR
C/O BANKRUPTCY CLERK
500 S. GRAND CENTRAL PKWY
BOX 551401
LAS VEGAS, NV 89155

CLARK COUNTY TREASURER
C/O BANKRUPTCY CLERK
500 S. GRAND CENTRAL PKWY
P.O. BOX 551220
LAS VEGAS, NV 89155

CMB AUTO SALES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
16333 C/R V
FORT MORGAN, CO 80701

CNA INSURANCE
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
DEPARTMENT LA 21245
PASADENA, CA 91185

COASTAL AUTO SPORTS LLC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
764 SOUTH MILITARY HWY
STE. 201
VIRGINIA BEACH, VA 23464

CODY RAYBUCK
10115 JEFFREYS STREET
LAS VEGAS, NV 89183

COFFEY BURLINGTON
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
2699 SOUTH BAYSHORE DRIVE
MIAMI, FL 33133

COMMERCIAL LANDSCAPE & MAINTENANCE
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
PO BOX 265
SANTA CLARA, CA 95052-0265

CONCUR TECHNOLOGIES, INC.
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
62157 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

CONNIE L. EVANS
1025 W. BARTLETT AVE.
LAS VEGAS, NV 89106

CONSTANTINE T. MERTIKAS
2361 BROCKTON WAY
HENDERSON, NV 89074

CONSUELO L VIDAL
8335 NW 156 TERR
HIALEAH, FL 33016

COPE FAMILY VENTURES
920 ESSEX AVE
HENDERSON, NV 89015

COPE FAMILY VENTURES, LP
920 ESSEX AVENUE
HENDERSON, NV 89015

CORLEY DODGE LLC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1000 N. HWY 491
GALLUP, NM 87301

CORNERSTONE STAFFING SOLUTION
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
7041 KOLL CENTER PKWY
SUITE 200
PLEASANTON, CA 94566

CORNERSTONE STAFFING SOLUTION
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
7041 KOLL CENTER PKWY
SUITE 200
PLEASANTON, CA 94566

CORONA AUTO ENTERPRISE
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
9753 E. GARVEY AVENUE
SOUTH EL MONTE, CA 91733

COST LESS AUTO INC.
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
5485 PACIFIC STREET
ROCKLIN, CA 95677

COURTENAY A. FAY
2374 KNOB CREEK RD.
COLUMBIA, TN 38401

COX COMMUNICATIONS
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
PO BOX 53262
PHOENIX, AZ 85072

CREDIT EXPRESS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
PO BOX 425
WATERFLOW, NM 87421

CREDIT MART AUTO CENTER
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
2520 E. BELL ROAD
PHOENIX, AZ 85032

CRUISER AUTO SALES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1590 S. STATE ROAD 7
DAVIE, FL 33317

CRUISER'S AUTO PLAZA
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
540 SE 29TH STREET
TOPEKA, KS 66605

CRUSER'S AUTO PLAZA
ATTN: BANKRUPTCY DESK / MANAGING AGENT
540 SE 29TH STREET
TOPEKA, KS 66605

CRUZ MOLINAR JR
2402 RAVENWOOD COURT
MANSFIELD, TX 76063

CRYSTAL S. CHANG
3402 EDENVILLE DRIVE
LAS VEGAS, NV 89117

CSC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
2730 GATEWAY OAKS DRIVE, SUITE 100
SACRAMENTO, CA 95833

CUQUIS CARS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
362 RESERVATION ROAD
MARINA, CA 93933

CYBERSOURCE CORPORATION
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
PO BOX 742842
LOS ANGELES, CA 90074-2842

D & R AUTOMOTIVE INC.
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
683 DONALD LEE HOLLOWELL
ATLANTA, GA 30318

DANIELA FRANCO
13255 SE 88TH LANE 206C
MIAMI, FL 33186

DANIELLE MERRELL
37444 HYDRUS PLACE
MURRIETA, CA 92563

DANNY L WILSON
417 W. TARRANT RD. APT. A
GRAND PRAIRIE, TX 75050

DANYMARY AREAS
6310 SW 14TH STREET
MIAMI, FL 33144

DARYL SHANKS
C/O ROBERT L. SWEARINGEN, ESQ.
4322 FOREST PARK AVE.
SAINT LOUIS, MO 63108

DAVID COOPER SR
3996 REDFORD COURT
NEW ALBANY, OH 43054

DAVID E. GARCIA
3001 LAKE DRIVE EAST #1064
LAS VEGAS, NV 89117

DAWN L. BACARELLA
577 GRIMSBY AVE.
HENDERSON, NV 89014

DAYLENE M WILLIAMS
1651 STIRRUP DR.
HENDERSON, NV 89002

DB'S AUTOMART
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
PO BOX 1687
FARMINGTON, NM 87499

DDI LEASING
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
221 SOMERVILLE ROAD
BEDMINSTER, NJ 07921

DEALERTRACK, INC.
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
PO BOX 6129
NEW YORK, NY 10249-6129

DEALERTRACK, INC.
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1111 MARCUS AVENUE, SUITE M04
LAKE SUCCESS, NY 11042

DEALS WITH WHEELS, LLC
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
4610 W. MAIN STREET
FARMINGTON, NM 87401

DEANDRE SCOTT
1115 JEFFREY ST. APT. 1190
LAS VEGAS, NV 89183

DEBORAH L ROJAS
1812 DALTON DRIVE
HENDERSON, NV 89014

DEBORAH L. GILL
416 NW 63RD
KANSAS CITY, MO 64118

DELEON AUTO SALES, INC.
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
3313 AVE. H
ROSENBERG, TX 77471

DENISE F. BUNNELL
7010 PHOENIX AVE. NE #617
ALBUQUERQUE, NM 87110

DENNIS L. CHAVEZ
8456 VAST HORIZON
LAS VEGAS, NV 89129

DEPT. OF EMPLOYMENT, TRAINING & REHAB
EMPLOYMENT SECURITY DIVISION
500 EAST THIRD STREET
CARSON CITY, NV 89713

DERRICK S. DAVIS
C/O SLOUGH CONNEALY IRWIN & MADDEN LLC
1627 MAIN STREET, SUITE 900
KANSAS CITY, MO 64108

DESIREE Z NICHOLSON
3969 FOXWOOD TRL SE
RIO RANCHO, NM 87124

DEVIN S. BROOKS
171 EDGEWOOD DRIVE
HENDERSONVILLE, TN 37075

DISCOUNT AUTOS, INC.
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
124 ELM STREET
CIBOLO, TX 78108

DJ'S SERVICES DBA DB'S AUTO MART
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2400 SAN JUAN BLVD.
FARMINGTON, NM 87401

DOMITILO HERNANDEZ
11144 FUGUA STREET #427
HOUSTON, TX 77089

DON CHALMERS FORD, INC.
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
2500 RIO RANCHO BLVD.
RIO RANCHO, NM 87124

DONALD B. BOWLING
124 RIVERWOOD
GRAYSON, KY 41143

DONNELLA COPE
920 ESSEX AVENUE
HENDERSON, NV 89015-4651

DORIS P ROJAS
1900 N. BAYSHORE DRIVE
MIAMI, FL 33132

DOUGLAS DAVIDSON
C/O PATRICIA A. COUSINO
17-777 LANGLOIS RD SP71
DESERT HOT SPRINGS, CA 92241

DPM MOTOR CARS, INC.
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
127 UTAH NE
ALBUQUERQUE, NM 87108

DRIVE IN AUTO INC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
19002 I-45 NORTH
SPRING, TX 77373

DULCE M PEREZ
10281 SW 13TH STREET
PEMBROKE PINES, FL 33025

DUN & BRADSTREET
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
22761 PACIFIC COAST HIGHWAY
MALIBU, CA 90265

DURAN MOTOR SPORTS INC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
426 N. STATE RD. 7
HOLLYWOOD, FL 33021

DV 104 / E. DWIGHT COPE, TRUSTEE
920 ESSEX AVE.
HENDERSON, NV 89015

DV 112 / VIRGINIA M. HALL
333 MT. VIEW #108
TALENT, OR 97540

DWAYNE MASON
C/O ROBERT L. SWEARINGEN, ESQ.
4322 FOREST PARK AVE.
SAINT LOUIS, MO 63108

DWIGHT COPE
920 ESSEX AVENUE
HENDERSON, NV 89015

DYLAN L. HINTON
2701 VALPARAISO STREET
LAS VEGAS, NV 89108

EASTERN CAPITAL FINANCIAL SERVICES, LLC
CARLOS C. RODRIGUEZ AND SOBHAN ARAFA
C/O DEVINE, GOODMAN, RASCO & WELLS, P.A.
777 BRICKELL AVE., SUITE 850
MIAMI, FL 33131

EASTERN CAPITAL FINANCIAL SERVICES, LLC
SOBHAN ARAFA
C/O ALLISON L. FRIEDMAN, ESQ.
20533 BISCAYNE BLVD., STE. 4-435
AVENTURA, FL 33180-1529

ED BENTZEN
108 STAPLEHURST AVE.
HENDERSON, NV 89002

EDEN CARS INC.
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
700 N. STATE RD. 7
PLANTATION, FL 33317

EDUARDO FONS
6341 SW 17TH STREET
MIAMI, FL 33155

EDWARD J SCOLA
7905 IDLEDALE CT. UNIT 204
LAS VEGAS, NV 89145

EDWIN H. BENTZEN
108 STAPLEHURST AVE.
HENDERSON, NV 89002

EL CAMINO AUTO AUCTION
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1590 BERRYESSA RD.
SAN JOSE, CA 95133

ELISE NIETO
12200 MONTGOMERY BLVD. #N203
ALBUQUERQUE, NM 87111

ELITE WHOLESALERS CORP.
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
7705 NW 29TH STREET #102
MIAMI, FL 33122

ELIZABETH UTIGER
632 AYLESFORD LANE
FRANKLIN, TN 37069

ELLEN H. HARDYMON
C/O MURRAY MURPHY MOUL & BASIL, LLP
ATTN: BRIAN A. BASIL
1533 LAKE SHORE DRIVE
COLUMBUS, OH 43204

ELOAN AUTO FINANCE LLC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1040 S BECKLEY AVE
DALLAS, TX 75203

ELSE JEFFRIES
11000 SOUTH EASTERN AVE. APT. 2311
HENDERSON, NV 89052

EMELITA GERRARD
6804 ANTEUS CT.
LAS VEGAS, NV 89131

EMERGE AUTO GROUP
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
11602 REEDER ROAD
DALLAS, TX 75229

EMMONS AUTO BROKERS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
125 S. STATE RD 7
104-167
WELLINGTON, FL 33414

EMPIRE AUTO SALES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
2417 YOSEMITE BLVD.
MODESTO, CA 95354

ENGELS L. JIRON
3001 LAKES EAST DR #1064B
LAS VEGAS, NV 89117

ERICA L. KEITH
16700 EAST 28TH PLACE APT. A
INDEPENDENCE, MO 64055

ERICK B. BAUTISTA
4671 DENNIS WAY
LAS VEGAS, NV 89121

ERIKA HANDELSON, ESQ.
COFFEY BURLINGTON, PL
2699 SOUTH BAYSHORE DRIVE
MIAMI, FL 33133-5408

ERIKA S. HANDELSON, ESQ.
COFFEY BURLINGTON, P.L.
OFFICE IN THE GROVE, PENTHOUSE
2699 SOUTH BAYSHORE DRIVE
MIAMI, FL 33133

ERNESTINA LOPEZ
14031 CROSSHAVEN DR.
HOUSTON, TX 77015

EURO SPEED INT'L CORP
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
6143 SAN PEDRO
SAN ANTONIO, TX 78216

EVAN G BAILEY
1801 E. 24TH AVE.
DENVER, CO 80205

EVELYN TROCHE
19800 SW 180 AVE. #144
MIAMI, FL 33187

EXCEL PRE-OWNED SUPERCENTER
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
4288 N HIGHWAY 259
LONGVIEW, TX 75605

EXECUTIVE MOTORS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
190 NW 42 AVE
MIAMI, FL 33126

EXECUTIVE PROTECTION SERVICES
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
9850 S. MARYLAND PKWY A5-428
LAS VEGAS, NV 89183

EXECUTIVE PROTECTION SERVICES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
9850 S. MARYLAND PKWY A5-428
LAS VEGAS, NV 89183

EXOTIC MOTOR CORP.
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1895 NE 150TH STREET
MIAMI, FL 33181

EXPERIAN
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
PO BOX 881971
LOS ANGELES, CA 90088-1971

EXPERIAN INFORMATION SOLUTIONS, INC.
C/O CHRISTOPHER HENRY DOMINGO, ESQ.
JONES DAY
717 TEXAS AVE., STE. 330
HOUSTON, TX 77002

EXPERT AUTO GROUP INC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
4301 N DIXIE HWY
POMPANO BEACH, FL 33064

EXTRA SPACE STORAGE
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1051 STEPHANIE PLACE
HENDERSON, NV 89014

EZ AUTO & TRUCK PLAZA II
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
4658 S STATE RD 7
FORT LAUDERDALE, FL 33317

FAMILY AUTO CENTER
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1890 EL CAMINO REAL
SANTA CLARA, CA 95050

FAMILY AUTO SOURCE
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
535 HAPPY VALLEY ROAD
GLASGOW, KY 42104

FAMILY MOTORS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
750 W. FM 78
CIBOLO, TX 78108

FAMILY MOTORS OF SM
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
305 N. BROADWAY
SANTA MARIA, CA 93454

FAMILY POWERSPORTS OUTLET CTR
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
700 W. BEDFORD EULESS RD
HURST, TX 76053

FARMER BROTHERS COFFEE
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
PO BOX 79705
CITY OF INDUSTRY, CA 91716

FEDERAL EXPRESS
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
PO BOX 7221
PASADENA, CA 91109-7321

FEDERICO GONZALEZ
3709 EL CORTEZ AVE.
LAS VEGAS, NV 89102

FELIPE MUNOZ
9131 FONTAINE BLVD #3
MIAMI, FL 33172

FELIX M. GARCIA
23930 RUSTICO COURT
SANTA CLARITA, CA 91354

FERCO MOTORS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1740 SW 1ST STREET
MIAMI, FL 33135

FINE LUXURY CARS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
7325 SW 40 STREET
MIAMI, FL 33155

FIREBIRD FINANCIAL, INC.
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
2190 E. PEBBLE ROAD
SUITE 110
LAS VEGAS, NV 89123

FIRST AUTO CREDIT LLC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
2856 B SAPPINGTON DR
JACKSON, MO 63755

FLORIDA ACAD OF MASSAGE
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
4387 COLONIAL BLVD.
FORT MYERS, FL 33966

FLORIDA CARS OF TAMPA BAY
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
12811 66TH STREET N
LARGO, FL 33773

FOREMOST AUTO SALES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
2048 WIRT RD
HOUSTON, TX 77055

FOREMOST AUTO SALES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
847 S MAIN ST
COTTONWOOD, AZ 86326

FRANCHISE TAX BOARD
BANKRUPTCY SECTION, MS A340
PO BOX 2952
SACRAMENTO, CA 95812-2952

FREDERICK A. COOPER
3915 E. PATRICK LANE
LAS VEGAS, NV 89120

FREEDOM AUTO SALES INC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
5410 AIRPORT BLVD
AUSTIN, TX 78751

FREEDOM DODGE CHRYSLER JEEP
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
8008 MARVIN D LOVE FWY
DALLAS, TX 75237

GAMACHE & MYERS PC
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
1000 CAMERA AVE., STE. A
SAINT LOUIS, MO 63126

GARY R. UNDERWOOD
Acct No 1116-cv11946
JEANINE R. ARMSTRONG
515 OLIVE STREET, SUITE 800
SAINT LOUIS, MO 63101

GE CAPITAL
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
PO BOX 31001-0271
PASADENA, CA 91110-0271

GE CAPITAL
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
PO BOX 31001-0271
PASADENA, CA 91110-0271

GEDRA S SQUARE
513 TABONY AVENUE
HENDERSON, NV 89011

GENEAVA B. HURTADO
930 DAWN VALLEY
NORTH LAS VEGAS, NV 89031

GENERAL ELECTRIC CREDIT CORPORATION
OF TENNESSEE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
260 LONG RIDGE ROAD
STAMFORD, CT 06927-1600

GEORGE O TAYLOR
8255 LAS VEGAS BLVD. SOUTH #910
LAS VEGAS, NV 89123

GEORGIA DRIVING ACADAMY
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1448 VFW DRIVE SW
CONYERS, GA 30012

GEORGIA ON WHEELS INC.
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
7556 TARA BLVD.
JONESBORO, GA 30236

GETHSEMANE AUTO SALES CORP
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
904 & 906 W. MICHIGAN ST
ORLANDO, FL 32805

GIOVANI SANTIAGO
9180 SPOONBILL RIDGE PL
LAS VEGAS, NV 89143

GLADYS CAMPOS
348 ROBERTSON AVE.
MC FARLAND, CA 93250

GLENDON L. MALLETTE
8540 BELLATERRA COURT
LAS VEGAS, NV 89145

GLOBAL AUTO ACCESS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
6955 OAK RIDGE PARKWAY
105
AUSTELL, GA 30168

GLOBAL TRUST GPS, LLC
C/O THE CORPORATE TRUST CO.
CORPORATE TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

GODFATHER AUTO SALES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
4131 FM 2920
SPRING, TX 77388

GOOD CARMA AUTO WHOLESALE & RETL
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
2601 MENAUL BLVD NE #11
ALBUQUERQUE, NM 87107

GOOD VIBES AUTO SALES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
11218 BURBANK BLVD.
NORTH HOLLYWOOD, CA 91601

GORDON SILVER
ATTN: GREGORY E. GARMAN, ESQ.
3960 H. HUGHES PKWY. NINTH FLOOR
LAS VEGAS, NV 89169-5978

GORDON*HOWARD ASSOCIATES INC. (PASSTIME)
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
861 SOUTHPARK DRIVE
SUITE #200
LITTLETON, CO 80120

GRACELYNN GALLEGOS
356 STURGEON LANE APT. 102
LAS VEGAS, NV 89110

GRACIELA GARCIA
6480 SUNRISE AVENUE
LAS VEGAS, NV 89110

GRAFF CHEVOLET
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1405 EAST MAIN
GRAND PRAIRIE, TX 75050

GRAND PRIZE CHEVROLET
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
11701 SW 152 STREET
MIAMI, FL 33177

GREEN LIGHT PLUMBING
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
4155 WEST TECO AVENUE
LAS VEGAS, NV 89118

GREENBERG TRAURIG
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
3773 H. HUGHES PKWY #400
LAS VEGAS, NV 89169

GREENE & COOPER
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
2210 GREENE WAY
LOUISVILLE, KY 40220

GREENE & COOPER
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
2210 GREENE WAY
LOUISVILLE, KY 40220

GREIF & CO
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
633 W. FIFTH STREET
SIXTY FIFTH FLOOR
LOS ANGELES, CA 90071

GRISELDA RIVERA
310 VIRGINIA ST. SE APT. 37
ALBUQUERQUE, NM 87108

GROSS BARGAINS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
319 MCARTHUR WAY #4
UPLAND, CA 91786

GUERIN B SENTER
2314 PROMETHEUS COURT
HENDERSON, NV 89074

GUY M VALVERDE
1000 LOUISIANA AVE. APT. 30
ALBUQUERQUE, NM 87108

H & H AUTO SALES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
720 W. DIVISION RD.
JASPER, IN 47546

H E OR TRINA LOBAUGH
12534 SUN GLOW DR
EL CAJON, CA 92021

H-TOWN MOTORS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
3714 DYER STREET
EL PASO, TX 79930

H.E. LOBAUGH OR TRINA LOBAUGH
12534 SUN GLOW DRIVE
EL CAJON, CA 92021

HARBOR STRUCTURED FINANCE, LLC
C/O THE CORPORATE TRUST CO.
CORPORATE TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

HAROLD D. HAMILTON
3301 NORTH STAR RD. #627
RICHARDSON, TX 75082

HARTLINE FAMILLY AUTO
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
55 PR 30041
NEW BOSTON, TX 75570

HAZEL M. HARDMAN
1103 SOUTH FOREST AVE.
INDEPENDENCE, MO 64050

HBB & ASSOCIATES, LLC
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
97 MEADOWPARK AVE., NORTH
STAMFORD, CT 06905

HECTOR IZQUIERDO
7650 SW 71 AVENUE
MIAMI, FL 33143

HEWLETT-PACKARD FINANCIAL SVC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
PO BOX 402582
ATLANTA, GA 30384-2582

HIGH DESERT AUTO WHOLESALE, INC.
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
5601 LOMAS BLVD. NE
ALBUQUERQUE, NM 87110

HIGH Q AUTOMOTIVE
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1600 W. SUNRISE BLVD.
FORT LAUDERDALE, FL 33311

HIGHLINE AUTOPLEX, LLC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1111 JUPITER ROAD
STE 118 E
PLANO, TX 75074

HILUX CAR DEALERS, INC.
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1600 N. STATE RD. 7
HOLLYWOOD, FL 33021

HITT & MISS AUTO
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
8737 STATE HWY 72
MILLERSVILLE, MO 63766

HOLLAND & HART
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
PO BOX 17283
DENVER, CO 80217-0283

HOSEA ROBINSON
C/O ROBERT L. SWEARINGEN, ESQ.
4322 FOREST PARK AVE.
SAINT LOUIS, MO 63108

HOTT CARS INC.
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
11111 BISSONNET
HOUSTON, TX 77099

HOUSTON AUTO CREDIT
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
3221 JEANETTA STREET
HOUSTON, TX 77063

HOUSTON AUTO EMPORIUM
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
14222 GULF FREEWAY
HOUSTON, TX 77034

HOUSTON AUTO EXCHANGE
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
11111 BISSONNET
HOUSTON, TX 77099

HOWARD V. COUSINO
C/O PATRICIA A. COUSINO
17-777 LANGLOIS RD SP71
DESERT HOT SPRINGS, CA 92241

HOY-FOX TOYOTA
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
11165 GATEWAY WEST
EL PASO, TX 79935

HR NASH, LLC AND SVF HIGHLAND RIDGE, LLC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
9830 COLONNADE BOULEVARD, SUITE 600
SAN ANTONIO, TX 78230-2239

HVAC TECHNICAL INSTITUTE
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
4532 S KOLIN AVE
CHICAGO, IL 60632

IAN J. MCCUTCHEN, ESQ.
1587 N.E. EXPRESSWAY
ATLANTA, GA 30329

IDAHOSA MOTORS, INC.
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
7609 LEAVENWORTH ROAD
KANSAS CITY, KS 66109

IDALMA LOPEZ
13821 SW 109 STREET
MIAMI, FL 33186

ILUVECHEAPCARS.COM
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1101 S 193RD E AVE
TULSA, OK 74108

INFOTECH TEG
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
PO BOX 843209
LOS ANGELES, CA 90084

INTEGRA SYSTEMS
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
113 E. BROAD STREET
PO BOX 467
LOUISVILLE, GA 30434

INTEGRITY AUTO
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
2216 DENMAN AVENUE
LUFKIN, TX 75901

INTEGRITY AUTO SALES TN
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
3122 SCOTTSVILLE RD
LAFAYETTE, TN 37083

INTEGRITY AUTOMOTIVE, LLC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
7710 LOMAS BLVD NE
ALBUQUERQUE, NM 87110

INTEGRITY TRK DRV SCHOOL
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
3370 BUSCH DR SW STE A
GRANDVILLE, MI 49418

INTERNAL REVENUE SERVICE
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
P.O. BOX 7346
PHILADELPHIA, PA 19101

ISABELLE M. GRAY-GOLDBERG
3307 BRIDGEBERRY LANE
HOUSTON, TX 77082

J & B AUTO SALES & BROKERAGE
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1189 N STATE RD 7
FORT LAUDERDALE, FL 33313

J AUTOMOTIVE INC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
9901 NW 27 AVE
MIAMI, FL 33147

J.B. HADDEN
HAH CONSULTING, LLC
PO BOX 91006
COLUMBUS, OH 43209

J.C. BROMAC CORP
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
11860 S LA CIENEGA
HAWTHORNE, CA 90250

JAMES A. BARRETT, JR.
THE JABARRETT COMPANY
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
6700 VIA AUSTI PARKWAY, SUITE C
LAS VEGAS, NV 89119

JAMES BROS. AUTO SALES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
4813 N. SHEPHERD
HOUSTON, TX 77018

JAMES HALL
95 N. MONDEL DR.
GILBERT, AZ 85233

JAMES LONDON
2530 SARA JANE PKWY APT. 912
AUSTIN, TX 78768

JAMES M WOOD
4106 COLLEGE DRIVE #205
LUFKIN, TX 75901

JAMES SANTIAGO
8600 W. CHARLESTON BLVD. #1031
LAS VEGAS, NV 89117

JAMI Z LARSEN
529 RIDING CROP AVE.
NORTH LAS VEGAS, NV 89081-3027

JANET E VEGA
2107 LLINDEN CREEK LANE
HOUSTON, TX 77017

JANET G RODRIGUEZ
PO BOX 680921
MIAMI, FL 33168

JASON M WILSON
1805 RIVER DRIVE
NASHVILLE, TN 37218

JASON P RINER
17811 VAIL STREET #25111
DALLAS, TX 75287

JAY C. BARTLETT
C/O PATRICIA A. COUSINO
17-777 LANGLOIS RD SP71
DESERT HOT SPRINGS, CA 92241

JAY S. FRUMKIN
935 N. MAJOR AVENUE
HENDERSON, NV 89015

JAYE A. HOBDY
100 LYON DRIVE
PORTLAND, TN 37148

JAYS USED CARS LLC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
3820 LAWRENCEVILLE
TUCKER, GA 30084

JD MOTORSPORTS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
10720 S US HWY 1
PORT SAINT LUCIE, FL 34952

JEANETTE C. JOHNSON
3260 RIVER GLORIOUS LANE
LAS VEGAS, NV 89135

JEFFREY L. DENNIS
5324 JACKSON VALLEY COURT
LAS VEGAS, NV 89131

JEFFREY M ROSE
5746 W. 136TH AVE.
BROOMFIELD, CO 80020

JENNIFER KNAPP
301 N. WALKER AVE. APT. 8407
OKLAHOMA CITY, OK 73102

JEREMY C WHITAKER
3600 KALISTE SALOOM RD.
HOUSTON, TX 77060

JERRY I SARTAIN
1374 E. DESERT INN #1
LAS VEGAS, NV 89109

JERRY W WILSON
19319 DOLAN SPRINGS DRIVE
TOMBALL, TX 77377

JERRY WILLIS MOTORS LLC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
2892 HWY 178 E
TUPELO, MS 38804

JESSABEL AGUILAR
3514 CITRUSCEDAR WAY
NORTH LAS VEGAS, NV 89032

JESSICA JACKSON
5909 GOLD HORIZON STREET
NORTH LAS VEGAS, NV 89031

JESSICA M. JACKSON
5909 GOLD HORIZON STREET
NORTH LAS VEGAS, NV 89031

JHDH VEHICLE PROS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
5663 TERRY ROAD
BYRAM, MS 39272

JILL M. FOSTER
2661 JOSEPH CANYON DRIVE
LAS VEGAS, NV 89142

JIM J MORGAN
8514 GRANDVIEW DRIVE
BATON ROUGE, LA 70809

JJ AUTO SALES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
690 CROWS LANDING RD.
MODESTO, CA 95351

JOAN M TIMMONS
2229 DIAMONDVILLE STREET
HENDERSON, NV 89052

JOCQUINN PAGE
238 STAR BLVD
MADISON, TN 37115

JODI ALLERTON
6530 ANNIE OKALEY DRIVE #1212
HENDERSON, NV 89014

JOE FRONTIERA
PO BOX 555
DEFUNIAK SPRINGS, FL 32435

JOHN A VEGA
6857 W. 30 LANE
HIALEAH, FL 33018

JOHN E. ANDERSON
2414 S. VOSS RD. #H101
HOUSTON, TX 77057

JOHN JAMES EWING
239 WHITE KNOLL CT
HENDERSON, NV 89074

JOHN O. BATISTE
1919 S. KIRKWOOD #11
HOUSTON, TX 77077

JOHNSON & FREEDMAN, LLC
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
1587 NORTHEAST EXPRESSWAY
ATLANTA, GA 30329

JONI FRUMKIN
935 N. MAJOR AVENUE
HENDERSON, NV 89015

JORDAN AUTO SALES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
2925 DICKERSON RD.
NASHVILLE, TN 37207

JORDON G THOMPSON
261 PRIVATE ROAD
CANDOR, NC 27229

JORGE L RODRIGUEZ
131 ANTIQUERA AVE #4
CORAL GABLES, FL 33134

JORGE M ROJAS AVILA
4380 NW 10 ST. APT. 27
MIAMI, FL 33126

JOSE MANUEL PENA
7003 BISSONNETT #305
HOUSTON, TX 77074

JOSHUA A. CLARK
5647 N. INDIANA AVE.
KANSAS CITY, MO 64119

JOSHUA D. COX
3113 HIGH VIEW DRIVE
LAS VEGAS, NV 89123

JOYCE DYE
C/O ROBERT L. SWEARINGEN, ESQ.
4322 FOREST PARK AVE.
SAINT LOUIS, MO 63108

JOYCE MCGRUDER
601 CHESTNUT CIRCLE
KANSAS CITY, MO 64131

JPG
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
11411 SOUTHERN HIGHLANDS PKWY.
SUITE 320
LAS VEGAS, NV 89141

JUAN HENRIQUEZ DBA FOREMOST AUTO SALES
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2048 WIRT ROAD
HOUSTON, TX 77055

JUAN PABLO PICO MINAKATA
10151 DORRELL LANE APT. 3123
LAS VEGAS, NV 89166

JULIETTE HENLEY
C/O ROBERT L. SWEARINGEN, ESQ.
4322 FOREST PARK AVE.
SAINT LOUIS, MO 63108

K & W AUTO INTERNATIONAL
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
113 TEXTILE AVE.
SPINDALE, NC 28160

KAISERTONERS, LLC
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
4443 ROSCOMMON STREET, STE. C
LAS VEGAS, NV 89147

KARINA MARTINEZ
12021 SKYLINE ROAD NE #224
ALBUQUERQUE, NM 87123

KARZ PLUS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
305 E. ST #D
CHULA VISTA, CA 91910

KARZ PLUS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1605 NATIONAL CITY BLVD.
NATIONAL CITY, CA 91950

KARZ PLUS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1555 S. COAST HWY
OCEANSIDE, CA 92054

KATHERINE COOPER
3915 E. PATRICK LANE
LAS VEGAS, NV 89120

KATHLEEN A SMITH
9508 TWELVE PINS DRIVE
LAS VEGAS, NV 89129

KATHLEEN A. TYNAN
1175 EVENING CANYON
HENDERSON, NV 89014

KATRICE ROY
C/O ROBERT L. SWEARINGEN, ESQ.
4322 FOREST PARK AVE.
SAINT LOUIS, MO 63108

KC WHOLESALE MOTORS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
4206 TRUMAN ROAD
KANSAS CITY, MO 64127

KEESEE MOTOR CO
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
111 SOUTH BROADWAY
CORTEZ, CO 81321

KELLI K SMITH
1621 FOREST OAKS WAY
LITTLE ELM, TX 75068

KENDALL DODGE CHRYSLER JEEP RA
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
13355 SW 137TH AVE
MIAMI, FL 33186

KERRI L. FOSS
3462 BISCAYA CIRCLE
LAS VEGAS, NV 89121

KEVIN R SMITH
612 RAINIER STREET
BRENTWOOD, CA 94513

KIMBERLY FRANCIS
10648 MEDICINE BOW STREET
LAS VEGAS, NV 89183

KIMBERLY G RODRIGUEZ
6343 NORMANDY DRIVE
EL PASO, TX 79905

KIMBERLY HOGAN
3708 STEINBECK DRIVE
LAS VEGAS, NV 89115

KINGDOM KARS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
3711 20TH STREET
MERIDIAN, MS 39301

KINGWOOD SUZUKI
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
22211 EASTEX FREEWAY
HUMBLE, TX 77339

KOOL KARZ
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
5721 FUNSTON ST #11
HOLLYWOOD, FL 33023

KRISTINA SCHNEIDER
244 UPLAND BLVD.
LAS VEGAS, NV 89108

KURT R. BONDS, ESQ.
Acct No 20679
ALVERSON, TAYLOR, MORTENSEN & SANDERS
7401 WEST CHARLESTON BLVD.
LAS VEGAS, NV 89117-1401

LA FIESTA MOTORS - EAST
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1272 LOMALAND
EL PASO, TX 79907

LA MOTORS INC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
3206 LAS VEGAS BLVD.
LAS VEGAS, NV 89115

LAND OF ENCHANTMENT AUTO
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
6917 LOMAS BLVD NE
ALBUQUERQUE, NM 87110

LAND ROVER
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
PO BOX 78069
PHOENIX, AZ 85062-8069

```
LANES AUTO SALES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
3600 W. MARSHALL
LONGVIEW, TX 75604

LANIER PARKING
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
233 PEACHTREE STREET NE
SUITE 2600
ATLANTA, GA 30303

LANIS D. HOLLINGSWORTH
603 EASTLAKE COVE
LA VERGNE, TN 37086

LAS VEGAS AUTO LEASING, INC.
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
901 AMERICAN PACIFIC #150
HENDERSON, NV 89014

LAS VEGAS PRESORT, LLC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
3655 E. PATRICK LANE #300
LAS VEGAS, NV 89120

LASHAUNDA N. MCKINLEY
336 LANCE AVE.
NORTH LAS VEGAS, NV 89030

LATORIA M. JORDAN
1509 HIGHLAND DRIVE
BIRMINGHAM, AL 35235

LAURA A RAJK
7590 S. BURNHAM AVE.
LAS VEGAS, NV 89123

LAURA A. HOUSTMAN
1059 EASTRIDGE WAY
LAS VEGAS, NV 89110

LAVIDA M. MIZE
3758 HALTER DRIVE
LAS VEGAS, NV 89122

LAW RECOVERY SERVICES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
3371 GLENDALE BLVD #148
LOS ANGELES, CA 90039

LEMAY AUTO CENTER
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
575 C ST #A
HAYWARD, CA 94541
```

LEMAY MARTIN
8335 NW 156 TERR
MIAMI LAKES, FL 33016

LEONARD D. AUSTIN III
8029 HESPIRIDES AVE.
LAS VEGAS, NV 89131

LEONARD VAN LUYK
10806 S. CAPE SHORE AVE.
LAS VEGAS, NV 89166

LEXISNEXIS RISK DATA MANAGEMENT
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
PO BOX 7247-6157
PHILADELPHIA, PA 19170-6157

LEXUS FINANCIAL SERVICES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
PO BOX 4102
CAROL STREAM, IL 60197-4102

LINCOLN COUNTY AUTO BROKERS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1064 MECHEM
RUIDOSO, NM 88345

LIONEL SAWYER & COLLINS
ATTN: RODNEY M. JEAN, ESQ.
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NV 89101

LISA J. GARBARINO
1623 SHOOTOUT PLACE
HENDERSON, NV 89002

LISA L WALL
2200 S. FORT APACHE ROAD #1039
LAS VEGAS, NV 89117

LISA M SCHAD
733 CHARACTER POINT AVE.
HENDERSON, NV 89012

LISA'S USED CARS INC.
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
911 N. VALLEY DRIVE
LAS CRUCES, NM 88005

LISSETTE LUJAMBIO
5011 SUPER SONIC AVE. #204
LAS VEGAS, NV 89110

```
LOGIX COMMUNICATIONS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
PO BOX 3608
HOUSTON, TX 77253

LOIS E. WEST
1000 N STAR DR #25
STILLWATER, OK 74075

LOIS WEST
1000 N. STAR DR #25
STILLWATER, OK 74075

LORI A. DYNNESON
4905 WOODBURNE NW
ALBUQUERQUE, NM 87114

LORRETTA L. MAUPIN
2243 WELSEY MANOR
LAS VEGAS, NV 89156

LRC CARS & TRUCKS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
7752 MANSFIELD HWY
KENNEDALE, TX 76060

LTM AUTO SALES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
4600 EL CAJON BLVD.
SAN DIEGO, CA 92115

LUCIA JUAREZ
4619 DOIG LANE
LAS VEGAS, NV 89110

LUCKY MOTORSPORTS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
9809 MONTANA AVE
EL PASO, TX 79925

LUCKY MOTORSPORTS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
2141 A E BELL RD
PHOENIX, AZ 85022

LULU PARKER
C/O ROBERT L. SWEARINGEN, ESQ.
4322 FOREST PARK AVE.
SAINT LOUIS, MO 63108

LUXURY MOTORSPORTS
ATTN:  BANKRUPTCY DESK/MANAGING AGENT
2141 A E BELL RD.
PHOENIX, AZ 85022
```

LYNNE M. ERWIN
23 DAISY
EDGEWOOD, NM 87015

MAE J SAN NICHOLAS-RIN
16 PALAZZO TERR
HENDERSON, NV 89074

MAGNIFICENT MOTORS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
2598 W. MIDDLEFIELD
MOUNTAIN VIEW, CA 94043

MAGNUM MOTORS OF LOVELAND
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1539 W. EISENHOWER BLVD.
LOVELAND, CO 80538

MAILFINANCE
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
25881 NETWORK PLACE
CHICAGO, IL 60673-1258

MALIBU AUTO SALES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
2700 TIDWELL RD.
HOUSTON, TX 77093

MANHEIM NEVADA
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
6600 AUCTION LANE
LAS VEGAS, NV 89165

MANNY'S INTERPRISES, LLC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
3024 BROADWAY SE
ALBUQUERQUE, NM 87102

MANUEL J SANDOVAL
3145 MOUNTAIN SPRING RD.
LAS VEGAS, NV 89146

MARCOS PALACIOS JR.
708 GLACIER BAY STREET
ALBUQUERQUE, NM 87123

MARGARITA STAMPER
10764 VILLA CARLOTTA CT.
LAS VEGAS, NV 89141

MARIA E. LUMELLO
11127 ASH MOUNTAIN
LAS VEGAS, NV 89179

MARIA ELIZABETH QUILES
PO BOX 13676
LAS VEGAS, NV 89112

MARIA N. MARTINEZ
3706 WILDHAWK
KATY, TX 77449

MARIANGELI PEREZ-DONE
2270 SW 11 STREET
MIAMI, FL 33135

MARINA Y KILLIAN
3185 N. MICHAEL WAY APT. C
LAS VEGAS, NV 89108

MARINS COLLECTION, INC.
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1649 NW 27 AVE.
MIAMI, FL 33125

MARIO H RODRIGUEZ
3542 W. 76TH STREET
HIALEAH, FL 33018

MARISELA CARRILLO
4801 E. SAHARA AVE #103
LAS VEGAS, NV 89104

MARTHA L. GUTIERREZ
7600 POPPY SPRINGS AVE.
LAS VEGAS, NV 89113

MARVIN G. GEISER
2448 LARK SPARROW STREET
NORTH LAS VEGAS, NV 89084

MARVIN WALDON
C/O ROBERT L. SWEARINGEN, ESQ.
4322 FOREST PARK AVE.
SAINT LOUIS, MO 63108

MARY ANN LOVE
9476 JOE ROBBY COURT
LAS VEGAS, NV 89148

MARY TAYLOR
C/O ROBERT L. SWEARINGEN, ESQ.
4322 FOREST PARK AVE.
SAINT LOUIS, MO 63108

MARY WHITE
3425 BARADA HEIGHTS AVE.
NORTH LAS VEGAS, NV 89081

MAS AUTO GROUP, LLC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1400 NW 79TH STREET
MIAMI, FL 33147

MAS MOTORS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1505 I-45 S
CONROE, TX 77301

MATA MOTORS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
7235 ALAMEDA AVE.
EL PASO, TX 79915

MATTHEW F. KEEN
1900 E. TROPICANA APT. 241
LAS VEGAS, NV 89119

MAXLINE AUTO GROUP
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
402 SPENCER HWY
SOUTH HOUSTON, TX 77587

MAYRA A SERRANO
217 GEN ARNOLD STREET NE
ALBUQUERQUE, NM 87123

MEGASYS INC.
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
500 CITY PARKWAY WEST
SUITE 410
ORANGE, CA 92868

MELINDA JANSON
C/O ROBERT L. SWEARINGEN, ESQ.
4322 FOREST PARK AVE.
SAINT LOUIS, MO 63108

MELISSA BAYLIS
1500 BRIAR DRIVE
BEDFORD, TX 76022

MI PUEBLO
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
6110 AIRLINE DRIVE
HOUSTON, TX 77076

MIAMI LAKES A.M., LLC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
16600 NW 57TH AVE.
MIAMI LAKES, FL 33014

MICHAEL C. FENNELL
3821 CACKLING GOOSE DRIVE
NORTH LAS VEGAS, NV 89084

MICHAEL HENRY BELL
13457 PINE VALLEY
EL PASO, TX 79928

MICHAEL K. DAVIDSON
46 ROCKWOOD COURT
THE WOODLANDS, TX 77382

MICHELE L SHERROD
3436 SWEEPING VALLEY STREET
LAS VEGAS, NV 89129

MICHELLE TOLEDO
5008 WHITE OAK DRIVE
GRAND PRAIRIE, TX 75052

MIDSOUTH CAPITAL LP
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
7108 BURNS STREET
RICHLAND HILLS, TX 76118

MIDWEST AUTOMALL LLC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
3517 N. SHIELDS BLVD.
MOORE, OK 73160

MIKE TURNER AUTO SALES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
915 HWY 82 WEST
GREENWOOD, MS 38930

MIKE'S AUTOMOTIVE SALES, LLC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
99 HWY 15 N
JACKSON, KY 41339

MIOLASY SUAREZ
2730 SW 28TH COURT
MIAMI, FL 33133

MIRTHA ZAYAS
10575 SW 26TH STREET
MIAMI, FL 33165

MITCHELL W. GWIN
67 WILSON DRIVE
WORTHINGTON, OH 43085

MONICA M. DAVIS
21 E. PALESTINE AVE. #B12
MADISON, TN 37115

MONICA M. JARAMILLO
4407 1/2 12TH STREET NW
ALBUQUERQUE, NM 87107

MONIQUE CROCKETT
C/O ROBERT L. SWEARINGEN, ESQ.
4322 FOREST PARK AVE.
SAINT LOUIS, MO 63108

MONZON AUTO SALES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
4245 EAST 8TH AVE
HIALEAH, FL 33013

MOTOR FAIR LLC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
2827 N. MAY AVE.
OKLAHOMA CITY, OK 73107

MOTORHOUSE INC.
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
600 N. STATE RD 7
PLANTATION, FL 33317

MUNOZ AUTO SALES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
34 TIDWELL ROAD
HOUSTON, TX 77022

MURPHY'S AUTO SALES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
812 N. WILLIAM KUMPF BLVD.
PEORIA, IL 61605

NANCY L SIGLER
PO BOX 9343
ALBUQUERQUE, NM 87119

NAPALM MOTORSPORTS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
12112 RANCH ROAD 620 N
AUSTIN, TX 78750

NATALIE S STERN
1313 ALAMO AVE. SE
ALBUQUERQUE, NM 87106

NATASHA N STEWART
694 PACE STREET
GALLATIN, TN 37066

NATIONAL CONSTRUCTION RENTALS
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
PO BOX 4503
PACOIMA, CA 91333-4503

NATIONAL CREDITORS CONNECTION
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
14 ORCHARD RD
SUITE 200
LAKE FOREST, CA 92630

NAVA MOTORS CORP
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
62 NW 27 AVE
MIAMI, FL 33125

NAVY BERNARD
4330 FLANDES ST
LAS VEGAS, NV 89121

NEAL AUTOPLEX SALES, INC.
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
3259 MCCART AVENUE
FORT WORTH, TX 76110

NEAL D SCHAFFRAN
4085 TREELINE DRIVE
MUSKEGON, MI 49441

NELLA ADOUSHIAN
9968 STAR LAVE AVE.
LAS VEGAS, NV 89148

NELSI V. HERRERA
1810 SHAGBARK LANE
LAS VEGAS, NV 89156

NEVADA DEPT. OF TAXATION
BANKRUPTCY SECTION
555 E. WASHINGTON AVENUE #1300
LAS VEGAS, NV 89101

NEW ALBANY COUNTRY CLUB
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1 CLUB LANE
NEW ALBANY, OH 43054

NEW DEAL USED CARS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
4609 W. GLENDALE AVE.
GLENDALE, AZ 85301

NEW WORLD CONSTRUCTION/KELLY RAY ELMO
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
8842 KERN AVE.
WESTMINSTER, CA 92683

NEWSED AUTO INC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
13870 WESTHEIMER RD
HOUSTON, TX 77077

NICANDRO LOPEZ DIAZ
18126 FLINT HILL DR.
KATY, TX 77449

NICHOLE R. KEYES
5400 MOUNTAIN VISTA #422
LAS VEGAS, NV 89120

NICOLE G. LEWIS
2720 W. SERENE APT. 2032
LAS VEGAS, NV 89123

NICOLE LEWIS
2720 W. SERENE APT. 2032
LAS VEGAS, NV 89123

NICOLE M STAUFFER
6390 GOODY COURT
LAS VEGAS, NV 89118

NILDA L ROSADO
4629 GRAND ROCK DRIVE
NORTH LAS VEGAS, NV 89081

NINA BULLOCKS
209 ROMEO DRIVE
LAS VEGAS, NV 89110

NINETTE A SUETOS
10025 BARENGO AVE.
LAS VEGAS, NV 89129

NM AUTOS DIRECT
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
9200 CENTRAL AVE SE
ALBUQUERQUE, NM 87123

NORDIC ENTERPRISES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
4609 QUAIL LAKES DR., STE. 2
STOCKTON, CA 95207

NORMA SUE HOWARD
325 HEATHER DRIVE
HENDERSON, NV 89002

NORRIS AUTO SALES & SERVICE
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
3801 S BROADWAY
EDMOND, OK 73013

NORSTAN COMMUNICATIONS, INC.
D/B/A BLACK BOX NETWORK SERVICES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1000 PARK DRIVE
LAWRENCE, PA 15055-1018

NUNEZ LAWN
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
PO BOX 20549
LAS VEGAS, NV 89112

OFFICE NORTH BELT, LLC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
PO BOX 4737
HOUSTON, TX 77210-4737

OFFICE TEAM
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
PO BOX 743295
LOS ANGELES, CA 90074-3295

OFFSHORE AUTOMOTIVE INC.
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
4733 NEW JESUP HWY
BRUNSWICK, GA 31520

OKC CAR GUYS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
514 S. BROADWAY
EDMOND, OK 73034

ONE BEACON INSURANCE
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
PO BOX 371311
PITTSBURGH, PA 15250

ONE WAY AUTO INC.
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
8990 N. 3RD STREET
PHOENIX, AZ 85020

OSCAR MOTORS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
2101 S. STATE RD 7
HOLLYWOOD, FL 33023

PACIFIC CAR CO.
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
900 EL CAJON BLVD.
EL CAJON, CA 92020

PAETEC
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
PO BOX 3243
MILWAUKEE, WI 53201

PAISANOS AUTO SALES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
2212 WIRT RD
HOUSTON, TX 77055

PAMELA J. ESTERS
5068 NAROINI AVE.
LAS VEGAS, NV 89141

PARAMOUNT AUTO LLC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
921 2ND AVE N
STE A
BIRMINGHAM, AL 35203

PASQUALES AUTO SALES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
3260 E. 40 HWY
BLUE SPRINGS, MO 64015

PATRICIA A COUSINO
17-777 LANGLOIS RD SP71
DESERT HOT SPRINGS, CA 92241

PATRIOT AUTO MART
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1706 W. FERGUSON RD
MOUNT PLEASANT, TX 75455

PATRIOT CAR SALES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
9029 MONTANA AVE
EL PASO, TX 79925

PATTERSON NISSAN OF LONGVIEW
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1201 MCCANN
LONGVIEW, TX 75601

PAUL BLANCO'S GOOD CAR CO
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
2200 FULTON AVE.
SACRAMENTO, CA 95821

PAYLESS AUTO MART LLC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
2830 ROSSVILLE BLVD.
CHATTANOOGA, TN 37407

PAYMENTS AUTO SALES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1210 ROBERTSON BLVD.
CHOWCHILLA, CA 93610

PEGGYS AUTO SALES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
615 W. MAIN STREET
HENDERSONVILLE, TN 37075

PENELOPE GARCIA
17320 NW 66TH PLACE
MIAMI, FL 33015

PERFORMANCE AUTO SALES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
213 RADIUMSPRINGS ROAD
ALBANY, GA 31705

PHILIPP D. NICK
C/O MURRAY MURPHY MOUL & BASIL, LLP
ATTN: BRIAN A. BASIL
1533 LAKE SHORE DRIVE
COLUMBUS, OH 43204

PITNEY BOWES GLOBAL FINANCIAL SERVICES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
PO BOX 371887
PITTSBURGH, PA 15250-7887

PITTMAN MOTORS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
11248 MONTANA
EL PASO, TX 79936

PLATINUM MOTORS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
2783 DUNN ROAD
SAINT LOUIS, MO 63136

PLATINUM USED CARS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
10915 HWY 92
WOODSTOCK, GA 30188

PODOLL AUTO BROKERS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1340 AINSWORTH STREET
COLORADO SPRINGS, CO 80915

PRADO AUTO SALES CORP
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
7300 SW 8TH STREET
MIAMI, FL 33144

PRECISION INVESTMENTS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1550 N. DURHAM
HOUSTON, TX 77008

PRISTINE MOTORS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1026 E STATE HWY 121
LEWISVILLE, TX 75057

PRUITT AUTO SALES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
4411 E. HWY 377
GRANBURY, TX 76049

PUBLIC WHOLESALERS LLC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1118 CAUSEWAY BLVD.
METAIRIE, LA 70001

QUALITY ONE AUTO SALES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
8548 RESEDA BLVD.
NORTHRIDGE, CA 91325

RACHEL CONTRACTOR
PO BOX 830082
MIAMI, FL 33283

RACO WIRELESS, LLC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
5480 CREEK ROAD
CINCINNATI, OH 45242

RAMON GUTIERREZ JR.
12430 OXFORD PARK DR. #816
HOUSTON, TX 77082

RANDSTAD
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
12516 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

RANDY P. BATES
6209 HOTT SPRINGS
ARLINGTON, TX 76001

RASA, LLP
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
344 ABBINGTON STREET
HENDERSON, NV 89074

RAUL M. GUISSA
2843 GLENDEVON CIRCLE
HENDERSON, NV 89014

RAUSCH MOTORS LLC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
6278 E PINE LANE
PARKER, CO 80138

RAY BELL'S MOTORS, LLC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
603 AL HWY 14
ELMORE, AL 36025

RBF AUTO PAINT & BODY
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
3402 DUNVALE
HOUSTON, TX 77063

REGINALD S. BANKS
1617 COLLOQUIUM DRIVE
HENDERSON, NV 89014

REID AUTO SALES, LLC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1735 W. CROSBY ROAD
SUITE 100-A
CARROLLTON, TX 75006

RELIABLE AUTO SALES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1815 E. SAHARA AVE
LAS VEGAS, NV 89104

RELIABLE CARS & TRUCKS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
7213 AIRLINE DRIVE
HOUSTON, TX 77076

REYNALDO E NINA
2385 NE 173 STREET APT. 103
NORTH MIAMI BEACH, FL 33160

RHONDA MAY
8850 W. CHARLESTON BLVD. STE. 102 #349
LAS VEGAS, NV 89117

RIGHT CHOICE AUTOMOTIVE
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
4335 N. 7TH STREET
PHOENIX, AZ 85014

ROAD RUNNER AUTO SALES - SERVICE
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
2100 16TH AVENUE SW
CEDAR RAPIDS, IA 52404

ROBERT G. BARFIELD
2402 MARQUETTE TRAIL
KATY, TX 77494

ROBERT J. FRAKES
9223 PALM SHORES DRIVE
SPRING, TX 77379

ROBERT K STRATTON
8165 RICHMOND AVE #1404
HOUSTON, TX 77063

ROBERT P. SPRETNAK
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NV 89123

ROBINSON AUTOMOTIVE GROUP
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
2010B AIRPORT IND DR
MARIETTA, GA 30060

RONISHA L. BLACKENEY
423 MINDORO AVE.
NORTH LAS VEGAS, NV 89031

ROSA M PONCE DE LEON
4619 DOIG STREET
LAS VEGAS, NV 89110

ROSALIND ALLEN
2120 RAMROD STREET
HENDERSON, NV 89014

SAHARA RV CENTER
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1518 SCOTLAND LANE
LAS VEGAS, NV 89102

SALAS FAMILY TRUST
35940 CAMELOT CIRCLE
WILDOMAR, CA 92595

SALAZAR KIA
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
10685 W. PAPAGO FWY
AVONDALE, AZ 85323

SAMANTHA J. HENDERICKS
201 ROLLING ACRES DRIVE
WHITE HOUSE, TN 37188

SAMMY LEWIS
Acct No xxxx xx.: x:xx-xx-1514
C/O THE TREVINO LAW FIRM
ATTN: LU ANN TREVINO
13201 NORTHWEST FREEWAY, SUITE 800
HOUSTON, TX 77040

SAMNI AUTO EXPRESS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
8612 N 40TH STREET
TAMPA, FL 33604

SAN PEDRO FCG PROPETIES, LLC
C/O ROGER COX  & ASSOCIATES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1717 LOUISISANA BLVD. #111
CAROL STREAM, IL 60197-5215

SAND CASTLE INVESTMENTS, LLC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
165 BISHOPS WAY, SUITE 150
BROOKFIELD, WI 53005

SANDRA SOTH
377 MANZANITA STREET
HENDERSON, NV 89014

SARAH R SPANDRIO
7507 MAYCORFT COURT
LAS VEGAS, NV 89147

SATWORX
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
7251 W. LAKE MEAD BLVD
SUITE 300
LAS VEGAS, NV 89128

SAVANNAH SPORTS AND IMPORTS
Acct No xxxx xxxx xx. x0679
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3005 E. VICTORY DRIVE
SAVANNAH, GA 31404

SAVANNAH SPORTS AND IMPORTS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3005 E. VICTORY DRIVE
SAVANNAH, GA 31404

SAVE MORE AUTO SALES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
4810 WESTSIDE ROAD
REDDING, CA 96001

SD MOTOR GROUP
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
3621 MANSFIELD HWY
FORT WORTH, TX 76119

SELECT MOTOR CARS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
3749 BROWNS BRIDGE ROAD
GAINESVILLE, GA 30504

SERGIO O SANCHEZ
5511 MEEDELDALE STREET
NORTH LAS VEGAS, NV 89031

SEVEN MOTORS INC.
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1900 30TH STREET
ORANGE, TX 77630

SHANNA D. DOWLING
149 BROOK CASTLE DRIVE
HERMITAGE, TN 37076

SHARON L. HOOPS
9320 DILLON DR.
LA MESA, CA 91941

SHEHZAD S. GHANI
357 N. POST OAK LANE 116
HOUSTON, TX 77024

SHEMICA W. BIGGS
400 FOREST PARK ROAD B6-3
MADISON, TN 37115

SHERI L. JOHNSON
171 ADOMEIT DRIVE
HENDERSON, NV 89074

SHERIDAE R. LAWSON
116 PAINTED VALLEY
HENDERSON, NV 89074

SHI INTERNATIONAL CORP
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
PO BOX 952121
DALLAS, TX 75395-2121

SHONTAE TRAVIS
6118 HIGHLAND GARDENS DR.
NORTH LAS VEGAS, NV 89031

SIGN & DRIVE LLC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
2570 FLORIDA BLVD.
DENHAM SPRINGS, LA 70726

SONIA HILL
3330 EWA BEACH DRIVE
LAS VEGAS, NV 89122

SONYDAM AUTO SALES, INC.
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
7254 NW 54 STREET
MIAMI, FL 33166

SONYIA BICKHAM
951 HIGH PLAINS DRIVE
HENDERSON, NV 89002

SOUTH AUTO GROUP
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1410 NW 79 ST
MIAMI, FL 33147

SOUTH CREDIT MOTORS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
815 S.E. MILITARY DRIVE
SAN ANTONIO, TX 78214

SOUTH MOTORS INFINITI
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
16915 S DIXIE HWY
MIAMI, FL 33157

SOUTH TEXAS AUTO
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
7905 BANDERA ROAD #2
SAN ANTONIO, TX 78240

SOUTHERN MOTORS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
3809 OLD SPANISH TRAIL
GAUTIER, MS 39553

SOUTHWEST TRK DR SCHOOL
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1230 E. GLENN STREET
TUCSON, AZ 85705

SPACE CITY AUTO
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
13803 S. POST OAK ROAD
HOUSTON, TX 77045

SPARKLETTS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
PO BOX 660579
DALLAS, TX 75266-0579

SPARTAN FINANCIAL SERVICES D/B/A
AMERICAN CREDIT ACCEPTANCE, LLC
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
961 E. MAIN STREET
SPARTANBURG, SC 29302

SS AUTO INC.
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
6889 N OAK TRAFFICWAY
GLADSTONE, MO 64118

STACY J. PARTON
902 SE 5TH TERR
LEES SUMMIT, MO 64063

STAPLES ADVANTAGE
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
DEPT LA
PO BOX 83689
CHICAGO, IL 60696-3689

STATE OF NEVADA DEPT. OF MOTOR VEHICLES
ATTN: LEGAL DIVISION
555 WRIGHT WAY
CARSON CITY, NV 89711

STATEWIDE AUTO SALES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1518 BESS ROAD SUITE D
BIRMINGHAM, AL 35208

STERLING AUTO
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
5011 AUBURN BLVD.
SACRAMENTO, CA 95841

STERLING DIRECT MARKETING
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
5417 MADISON AVENUE SUITE 2
SACRAMENTO, CA 95841

STERLING DIRECT MARKETING
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
5417 MADISON AVENUE, SUITE 2
SACRAMENTO, CA 95841

STEVE BAGLIVO
C/O ALLISON L. FRIEDMAN, P.A.
20533 BISCAYNE BOULEVARD, SUITE 4-435
NORTH MIAMI BEACH, FL 33160

STEVE DAVIDSON
C/O PATRICIA A. COUSINO
17-777 LANGLOIS RD SP71
DESERT HOT SPRINGS, CA 92241

STEVE RAYMAN CHEVROLET
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
2155 COBB PARKWAY
SMYRNA, GA 30080

SUBURBAN TRUCK DRV TRNG
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
28675 NORTHLINE ROAD
ROMULUS, MI 48174

SUBURBAN TRUCK DRV TRNG
28675 NORTHLINE ROAD
ROMULUS, MI 48174

SUBURBAN TRUCK DRV TRNG
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
28675 NORTHLINE RD
ROMULUS, MI 48174

SUN VALLEY MOTORS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
2330 FULTON AVE.
SACRAMENTO, CA 95825

SUPER JOSH AUTO
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
3497 BOULDER HWY
LAS VEGAS, NV 89121

SUZANNE H. NICK IRREVO. FAMILY TRUST TWO
C/O MURRAY MURPHY MOUL & BASIL, LLP
ATTN: BRIAN A. BASIL
1533 LAKE SHORE DRIVE
COLUMBUS, OH 43204

SYBAN AUTOS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
106 N. SALISBURY STREET
MOCKSVILLE, NC 27028

SYLVIA FAVELA
2501 SUMMIT VIEW
GRAND PRAIRIE, TX 75050

T BROWN USED MOTORCARS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
807 W. GRANT
PAULS VALLEY, OK 73075

TALX-THE WORK NUMBER
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
4076 PAYSPHERE CIRCLE
CHICAGO, IL 60674

TALX-THE WORK NUMBER
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
4076 PAYSPHERE CIRCLE
CHICAGO, IL 60674

TAMEKIA SHANTEL BRIGGMAN
915 NW 1ST AVE. APT. H913
MIAMI, FL 33128

TANYA BRACKEN-GELLAR
4765 HAMBURG STREET
LAS VEGAS, NV 89147

TARA PESNELL
C/O ROBERT L. SWEARINGEN, ESQ.
4322 FOREST PARK AVE.
SAINT LOUIS, MO 63108

TARYN S. COOPER
9103 ALTA DR #505
LAS VEGAS, NV 89145

TATIANA M. LOPEZ
2180 E. WARM SPRINGS RD #2067
LAS VEGAS, NV 89119

TAYLOR IMPORT AUTO SALES, INC.
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
3832 CLARKSVILLE HWY
NASHVILLE, TN 37218

TEG STAFFING INC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
PO BOX 843209
LOS ANGELES, CA 90084-3209

TELEDATA COMMUNICATIONS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
185 COMMERCE DRIVE, SUITE 300
HAUPPAUGE, NY 11788

TELEDATA COMMUNICATIONS, INC.
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
1377 MOTOR PARKWAY, STE. 400
ISLANDIA, NY 11735

TELEPACIFIC COMMUNICATIONS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 93865
LAS VEGAS, NV 89193

TENNESSEE AUTO SALES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
838 CLINCH AVE.
CLINTON, TN 37716

TERESA FLORES
288 CASA GRANDE DRIVE
HOUSTON, TX 77060

TERMINIX PROCESSING CENTER
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
PO BOX 742592
CINCINNATI, OH 45274-2592

TEXAS AUTO EXCHANGE, LLC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
710 FISHER STREET
PO BOX 1366
GOLDTHWAITE, TX 76844

TEXAS AUTO TRADE CENTER
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
13044 NACOGDOCHES ROAD
SAN ANTONIO, TX 78217

TEXAS BRAVO MOTORS, INC.
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
2010 EAST 8TH STREET
ODESSA, TX 79761

TEXAS DIRECT AUTO CREDIT LLC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
9545 A HWY 6 SOUTH
HOUSTON, TX 77083

TEXAS PREOWNED AUTO GROUP
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
415 N. GREENVILLE
RICHARDSON, TX 75081

TEXAS TRUCK LINES, INC.
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
3700 MCCARTY DR.
HOUSTON, TX 77029

TEXAS WORKFORCE COMMISSION
REGULATORY INTEGRITY DIVISION - SAU
ROOM 556
101 E. 15TH STREET
AUSTIN, TX 78778-0001

TFI RESOURCES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
PO BOX 4346, DEPT. 517
HOUSTON, TX 77210-4346

THALIA JUAREZ
5511 MEEDELDALE STREET
NORTH LAS VEGAS, NV 89031

THAT CAR PLACE INC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
701-B WYOMING NE
ALBUQUERQUE, NM 87123

THE AUTO PRO
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
160 W. MAIN STREET
NEWARK, OH 43055

THE CAR COMPANY
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
3015 S VALLEY VIEW
LAS VEGAS, NV 89104

THE CAR SHACK
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
930 EAST 49TH STREET
HIALEAH, FL 33013

THE DALLES AUTO SALES, INC.
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
3100 W. 6TH
THE DALLES, OR 97058

THE GARCIA DUNCAN GROUP, INC.
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
305 E. PECAN STREET
PFLUGERVILLE, TX 78660

THE LINCOLN NATIONAL LIFE INS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
8801 INDIAN HILLS DRIVE
OMAHA, NE 68114-4066

THE SEYARA MOTORS COMPANY
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
6226 SAN PEDRO AVE.
SAN ANTONIO, TX 78216

THERESE A PADILLA
7415 RAINMAKER RD. SW
ALBUQUERQUE, NM 87121

THOMAS F HAVENS IRREVO. FAMILY TRUST TWO
C/O MURRAY MURPHY MOUL & BASIL, LLP
ATTN: BRIAN A. BASIL
1533 LAKE SHORE DRIVE
COLUMBUS, OH 43204

THREE STAR AUTO SALES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1595 W. VALLEY BLVD.
COLTON, CA 92324

TIERRA K. LLAMAS
4723 NW 61ST ST APT. 204
KANSAS CITY, MO 64151

TIERRA THOMAS
C/O ROBERT L. SWEARINGEN, ESQ.
4322 FOREST PARK AVE.
SAINT LOUIS, MO 63108

```
TIFFANIE J. GIPSON
3534 SENECA FOREST DRIVE
NASHVILLE, TN 37217

TIMOTHY J MORTIMER
124 AARONS CRESS BLVD.
HERMITAGE, TN 37076

TIMOTHY J. SALAS
4246 CONRAD AVE
SAN DIEGO, CA 92117

TIMOTHY J. SALAS FAMILY TRUST
4246 CONRAD AVE.
SAN DIEGO, CA 92117

TNT AUTO SALES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
8247 BROADWAY
LEMON GROVE, CA 91945

TODD M PATIN
1400 N. PARK BLVD #2006
GRAPEVINE, TX 76051

TONY TUDOR DBA SUNSET AUTO SALES
C/O J. GREG BROWN, ESQ.
12 E. MARION STREET
POST OFFICE BOX 508
PONTOTOC, MS 38863-0508

TONYA P. FARSBETTER
80 S. GIBSON RD. BLDG. 22 #2223
HENDERSON, NV 89012

TOYZ R US AUTO SALES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
6502 N. SHEPHERD DRIVE
HOUSTON, TX 77091

TRACY KEMP
C/O ROBERT L. SWEARINGEN, ESQ.
4322 FOREST PARK AVE.
SAINT LOUIS, MO 63108

TRINITY AUTOMOTIVE INC.
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
2030 ROSA L PARKS BLVD.
NASHVILLE, TN 37228

TROPICAL AUTO OUTLET
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
7128 E. COLONIAL DRIVE
ORLANDO, FL 32807
```

TRUSS AUTO GROUP
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1505 HIGHWAY 280 E
PHENIX CITY, AL 36869

TRUST FAMILY AUTO SALES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
3104 GODFREY ROAD
GODFREY, IL 62035

TURKISH AUTO ZONE
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
3755 N. FRY ROAD
KATY, TX 77449

TW TELECOM
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
PO BOX 172567
DENVER, CO 80217

TWIN PEAKS MOTORS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
401 S FIRST
MADILL, OK 73446

TWJ 1101, LLC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
100 SOUTH BISCAYNE BLVD., STE. 900
MIAMI, FL 33131

TYCO INTEGRATED SECURITY
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
PO BOX 371967
PITTSBURGH, PA 15250-7967

U.S. CAR CO
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
2728 CULEBRA
SAN ANTONIO, TX 78228

ULTIMATE AUTO CARS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
3265 FREMONT STREET
LAS VEGAS, NV 89104

ULTIMATE AUTO CARS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
3265 FREMONT
LAS VEGAS, NV 89104

UNCLE BUDDY'S PREOWNED
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
2515 W. MOUNT HOUSTON
HOUSTON, TX 77038

UNITED ACCEPTANCE, INC.
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2400 LAKE PARK DRIVE SE, SUITE 100
SMYRNA, GA 30080

UNITED STATES TRUSTEE
300 LAS VEGAS BLVD., SOUTH #4300
LAS VEGAS, NV 89101

USA CAR EXPO, LLP
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
6160 WESTVIEW DRIVE
HOUSTON, TX 77055

USAA EQUITY ADVISORS
FBO HIGHLAND RIDGE
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
DALLAS, TX 75320-2235

V12 AUTO SALES INC.
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
8710 E. COLONIAL DRIVE
ORLANDO, FL 32817

VANESSA A. MARTINEZ
19380 COLLINS AVE.
NORTH MIAMI BEACH, FL 33160

VANESSA PADILLA
540 PATTIE LANE
ALBUQUERQUE, NM 87123

VERONICA HARRIS-WALKER
C/O ROBERT L. SWEARINGEN, ESQ.
4322 FOREST PARK AVE.
SAINT LOUIS, MO 63108

VICTOR HERNANDEZ
1661 SWEET PEA AVE.
LAS VEGAS, NV 89183

VILLAGE MOTORS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
699 E. BUSINESS 121
LEWISVILLE, TX 75057

VILLAGE MOTORS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
655 E. SPRINGFIELD
SULLIVAN, MO 63080

VINTEK
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
PO BOX 824693
PHILADELPHIA, PA 19182-4693

```
VIP AUTO SALES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
11420 E N.W. HWY #94
DALLAS, TX 75218

VIRGINIA HALL
333 MT. VIEW #108
TALENT, OR 97540

VIVA POWERSPORTS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
1045 MAGRUDER STREET
EL PASO, TX 79925

VIVIAN L. HANCOCK
8632 MANALANG RD.
LAS VEGAS, NV 89123

VORTALSOFT SOFTWARE, INC.
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
100 DAVIDSON AVENUE, SUITE 102
SOMERSET, NJ 08873

W.F. FINANCIAL
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
4908 W. GLENDALE
GLENDALE, AZ 85301

WATSON'S AUTO WHOLESALE
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
6740 PROSPECT
KANSAS CITY, MO 64132

WAYNE'S AUTO WORLD
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
10203 PLANO ROAD STE 110
DALLAS, TX 75238

WEBEX.COM
ATTN: BANKRUPTCY DEPT / MANAGING AGENT

WESTERN FUNDING INC. OF NEVADA
ATTN: FREDERICK A. COOPER, PRESIDENT
3915 E. PATRICK AVE.
LAS VEGAS, NV 89120

WESTERN PACIFIC TR SCH. OR
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
PO BOX 20997
PORTLAND, OR 97294

WHOLESALE AUTO DEPOT
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
716 E. HATCH ROAD
MODESTO, CA 95351
```

WICHOS AUTO SALES
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
4375 SOUTHMOST ROAD
BROWNSVILLE, TX 78521

WILLIAM B WARD
2446 DURHAM MANOR DRIVE
FRANKLIN, TN 37064

WILLIAM K. DIALS
2987 ROBINSON FOREST RD.
POWDER SPRINGS, GA 30127

WILLIAMS GROUP AUTO
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
2609 SOUTH 1ST STREET
BERTRAM, TX 78605

WILLIE D SMITH
833 OAK ISLAND DRIVE
NORTH LAS VEGAS, NV 89032

WINNER'S CIRCLE AUTO CENTER
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
840 WEST O STREET
LINCOLN, NE 68528

WORKWAY BANCFORCE
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
PO BOX 202966
DALLAS, TX 75320-2966

WORLD PREMIER AUTO DEALS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
658 NORTHSIDE DRIVE
ATLANTA, GA 30318

XTREME MOTORS LLC
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
5823 CENTRAL AVE NE
ALBUQUERQUE, NM 87108

YESSENIA N WELLS
9011 W. VIKING ROAD
LAS VEGAS, NV 89147

YLDEFONZO GIL
1451 S. MIAMI AVE. #2402
MIAMI, FL 33130

YM EURO CARS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
3199 NW 36 STREET
MIAMI, FL 33142

```
YOUR AUTO EXCHANGE, INC.
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
2149 MARCONI AVE
SACRAMENTO, CA 95821

Z-1 AUTO FINANCE
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
5757 N SHEPHERD DRIVE
HOUSTON, TX 77091

ZABATANI MOTORS
ATTN: BANKRUPTCY DEPT / MANAGING AGENT
4601 HALLANDALE BLVD.
HOLLYWOOD, FL 33023

ZANE SCHARF
2283 CHESTNUT RANCH AVE.
HENDERSON, NV 89052

ZURICH
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
8712 INNOVATION WAY
CHICAGO, IL 60682
```

# United States Bankruptcy Court
## District of Nevada

In re   Western Funding Incorporated _____  Case No. _____

_____ Debtor(s)                        Chapter   11 _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Western Funding Incorporated__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

_____9/3/13_____
Date

_____
Matthew C. Zirzow 7222
Signature of Attorney or Litigant
Counsel for   Western Funding Incorporated
LARSON & ZIRZOW, LLC
810 S. Casino Center Blvd. #101
Las Vegas, NV 89101
(702) 382-1170 Fax:(702) 382-1169
zlarson@lzlawnv.com / mzirzow@lzlawnv.com

## WRITTEN CONSENT OF THE BOARD OF DIRECTORS OF
## WESTERN FUNDING INCOPORATED, a California corporation

The undersigned, being all of the members of the Board of Directors (the "Board") of Western Funding Incorporated, a California corporation (the "Company"), hereby approves and adopts the following resolutions effective as of September 3, 2013:

WHEREAS, BMO Harris Bank N.A. (the "Bank") has declared an event of default under the Credit Agreement dated as of March 14, 2012, as amended, between the Bank, and the Company (the "Credit Agreement"), has accelerated the obligations due thereunder, has filed litigation in Nevada state court, and sought and obtained the appointment of a receiver over WFI therein, thereby resulting in the potential seizure of the collateral securing the Company's obligations under the Credit Agreement, which actions, if allowed to proceed, would cause significant and irreparable harm on the Company and its creditors;

NOW, THEREFORE, BE IT RESOLVED, that the Board, having considered all relevant matters thereto, that in the judgment of the Company, it is desirable and in the best interests of the Company, its creditors, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

RESOLVED FURTHER, any officer of the Company (the "Authorized Person") shall be authorized, empowered and directed, in the name, and on behalf of the Company, to execute and verify a petition and amendments thereto under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Nevada at such time as such Authorized Person executing the same shall determine;

RESOLVED FURTHER, that Frederick Cooper shall be designated as the Company's responsible person in the Company's chapter 11 bankruptcy case;

RESOLVED FURTHER, that the law firm of Larson & Zirzow, LLC is engaged and shall continue its engagement as attorneys for the Company in the chapter 11 case as general reorganization counsel, subject to any requisite bankruptcy court approval;

RESOLVED FURTHER, that each Authorized Person, and such other persons as the Authorized Persons shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such person, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all petitions, schedules, motions, lists, applications, pleadings and other papers, and to take and perform any and all further acts and deeds which he or she deems necessary, proper or desirable in connection with the chapter 11 case, with a view to the successful prosecution of such case;

RESOLVED FURTHER, that each Authorized Person, and such other persons as the Authorized Persons shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such Authorized Persons, be, and each hereby are, authorized, empowered and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute deliver, certify, file and/or record, and perform such agreements,

1

instruments, motions, affidavits, declarations, applications, certificates or other documents, and to take such other action as in the judgment of such person shall be or become necessary, proper, and desirable to effectuate a successful Chapter 11 reorganization of the business of the Company;

RESOLVED FURTHER, that, any and all past actions heretofore taken by the Authorized Persons of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved; and

RESOLVED FURTHER, that this Written Consent may be executed in one or more counterparts, and may be delivered by facsimile or electronic transmission, each of which will be an original and when all of the members of the Board have executed at least one counterpart hereof, the foregoing shall be deemed to be adopted and in full force and effect, as of the date first above written.

IN WITNESS WHEREOF, the undersigned, constituting all of the members of the Board of the Company, by execution hereof, hereby approve this Written Consent as of the date first above written.

WESTERN FUNDING INCOPORATED,
a California corporation:

By: _____
Frederick A. Cooper, Director

By: _____
Katherine H. Cooper, Director