

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
November 20, 2013

Jeanette E. McPherson, NV Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for the Official Committee of Unsecured Creditors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>WESTERN FUNDING INCORPORATED,<br><br>Debtor. | Case No. BK-S-13-17588-LED<br>Chapter 11<br>(Jointly Administered) |
| In re:<br><br>WESTERN FUNDING INC. OF NEVADA,<br><br>Debtor. | Case No. BK-S-13-17586-LED<br>Chapter 11 |
| In re:<br><br>GLOBAL TRACK GPS, LLC,<br><br>Debtor. | Case No. BK-S-13-17589-LED<br>Chapter 11<br><br>**ORDER APPROVING STIPULATION EXTENDING TIME FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO RESPOND TO BIDDING PROCEDURES MOTION [DKT. 320], JOINT DISCLOSURE STATEMENT [DKT. 321], AND DISCLOSURE STATEMENT MOTION [DKT. 322]**<br><br>[No Hearing Requested] |

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1

1    Debtors and debtors-in-possession Western Funding Incorporated, a California

2  corporation, Western Funding Inc. of Nevada, a Nevada corporation, and Global Track GPS, LLC,

3  a Delaware limited liability company (collectively, the "Debtors"), by and through their attorneys,

4  the law firm of Larson & Zirzow, LLC, and the Official Committee of Unsecured Creditors (the

5  "Committee", and together with the Debtors, the "Parties"), by and through its counsel,

6  Schwartzer & McPherson Law Firm, having filed their *Stipulation Extending Time for the Official*

7  *Committee of Unsecured Creditors to Respond to Bidding Procedures Motion [Dkt. 320], Joint*

8  *Disclosure Statement [Dkt. 321], and Disclosure Statement Motion [Dkt. 322]* (the

9  "Stipulation"),[1] the Court having reviewed the Stipulation and good cause appearing;

10    1.    The Stipulation is approved; and

11    2.    Any oppositions or objections by the Official Committee of Unsecured Creditors to

12  the Bidding Procedures Motion and the Disclosure Statement and the Disclosure Statement

13  Motion shall be filed by 3:00 p.m. on Thursday, November 21, 2013;

14    **IT IS SO ORDERED.**

15  Submitted by:                                          Approved by:

16

17  _____            _____
   Jeanette E. McPherson, Esq.                       Larson & Zirzow, LLC
18  Schwartzer & McPherson Law Firm            Matthew Zirzow, Esq.
   2850 S. Jones Boulevard, Suite 1                810 S. Casino Center Blvd, #101
19  Las Vegas, Nevada 89146-5308                 Las Vegas, Nevada 89101

20  Attorneys for the Official Committee           Attorneys for Debtors and Debtors in Possession
   of Unsecured Creditors
21

22                                                        ###

23

24

25

26

27

28  _____
   [1] All capitalized terms herein shall have the same meaning as set forth in the Stipulation.

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122