

Honorable Laurel E. Davis
United States Bankruptcy Judge

Entered on Docket
November 25, 2013

LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Telephone: (702) 382-1170
Facsimile: (702) 382-1169

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>WESTERN FUNDING INCORPORATED,<br><br>               Debtor. | Case No.: BK-S-13-17588-LED<br>Chapter 11<br>(Jointly Administered) |
| In re:<br>WESTERN FUNDING INC. OF NEVADA,<br><br>               Debtor. | Case No.: BK-S-13-17586-LED<br>Chapter 11 |
| In re:<br>GLOBAL TRACK GPS, LLC,<br><br>               Debtor. | Case No.: BK-S-13-17589-LED<br>Chapter 11 |

**ORDER DENYING MOTION TO DISMISS CHAPTER 11 CASE**

The Court having reviewed and considered the *Motion to Dismiss Case Filed Without Corporate Authorization and Granting Related Relief* (the "Motion") [ECF No. 57], and all pleadings, papers and other evidence as admitted in support, opposition, and reply thereto; the Court having held an evidentiary hearing on the matter on November 1 and 4, 2013, and closing arguments at a further hearing on November 13, 2013, with all appearances as noted on the record; the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); the Court having placed its findings of fact and conclusions of law on the record at a further hearing held on November 15, 2013, which are incorporated herein by reference pursuant to Rule 52 of the Federal Rules of Civil Procedure, made applicable to pursuant to Rules 7052 and 9014 of the Federal Rules of Bankruptcy Procedure; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED:**

1. The Motion is DENIED; and

2. Any request for a stay pending appeal of this Order pursuant to Rule 8005 of the Federal Rules of Bankruptcy Procedure is DENIED.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED:                    APPROVED / ~~DISAPPROVED~~:

By:  /s/ Matthew C. Zirzow                 By:  /s/ Ogonna M. Atamoh
LARSON & ZIRZOW, LLC                        COTTON, DRIGGS, WALCH, HOLLEY,
ZACHARIAH LARSON, ESQ.                      WOLOSON & THOMPSON
Nevada Bar No. 7787                         OGONNA M. ATAMOH, ESQ.
MATTHEW C. ZIRZOW, ESQ.                     Nevada Bar No. 7589
Nevada Bar No. 7222                         400 South Fourth Street, Third Floor
810 S. Casino Center Blvd. #101             Las Vegas, Nevada 89101
Las Vegas, Nevada 89101

                                            Attorneys for Mark Finston
Attorneys for Debtors                       and James B. Hadden

| | |
|---|---|
| APPROVED / ~~DISAPPROVED~~: | APPROVED / ~~DISAPPROVED~~: |
| By: /s/ Ryan Andersen | By: /s/ Christopher D. Jaime |
| LIONEL SAWYER & COLLINS | MAUPIN, COX & LEROY |
| RODNEY M. JEAN, ESQ. | CHRISTOPHER D. JAIME, ESQ. |
| Nevada Bar No. 1395 | Nevada Bar No. 4640 |
| E-mail: rjean@lionelsawyer.com | 4785 Caughlin Parkway |
| RYAN ANDERSEN, ESQ. | P.O. Box 30000 |
| Nevada Bar No. 12321 | Reno, Nevada 89520 |
| E-mail: randersen@lionelsawyer.com | |
| 300 South Fourth Street, Suite 1700 | MURRAY MURPHY MOUL + BASIL LLP |
| Las Vegas, Nevada 89101 | JOSEPH F. MURRAY, ESQ. |
| | *Admitted Pro Hac Vice* |
| CHAPMAN AND CUTLER, LLP | 1533 Lake Shore Drive |
| DAVID T.B. AUDLEY, ESQ. | Columbus, Ohio 43204 |
| *Admitted Pro Hac Vice* | |
| Illinois Bar No. 6190602 | Attorneys for Phillip D. Nick, Ellen H. Hardymon, Suzanne K. Nick Irrevocable Family Trust One, Suzanne K. Nick Irrevocable Family Trust Two, Thomas F. Havens Irrevocable Family Trust One, and Thomas F. Havens Irrevocable Family Trust Two |
| E-mail: audley@chapman.com | |
| 111 West Monroe Street | |
| Chicago, Illinois 60603 | |
| | |
| Attorneys for BMO Harris Bank, N.A. | |

| | |
|---|---|
| APPROVED / ~~DISAPPROVED~~: | APPROVED / ~~DISAPPROVED~~: |
| By: /s/ Jeanette McPherson | By: /s/ Brett A. Axelrod |
| SCHWARTZER & MCPHERSON | FOX ROTHSCHILD, LLP |
| LENARD E. SCHWARTZER, ESQ. | BRETT A. AXELROD, ESQ. |
| Nevada Bar No. 399 | Nevada Bar No. 5859 |
| JEANETTE MCPHERSON, ESQ. | MICAELA C. RUSTIA MOORE, ESQ |
| Nevada Bar No. 5423 | Nevada Bar No. 9676 |
| 2850 S. Jones Blvd., #1 | 3800 Howard Hughes Parkway, Suite 500 |
| Las Vegas, Nevada 89146 | Las Vegas, Nevada 89169 |
| | |
| Attorneys for the Official Committee of Unsecured Creditors | Attorneys for Carfinco Financial Group, Inc. |

. . .

. . .

. . .

*LARSON & ZIRZOW, LLC*
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

APPROVED / ~~DISAPPROVED~~:


By:  /s/ Gregory E. Garman
GORDON SILVER
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
3960 Howard Hughes Parkway, 9th Floor
Las Vegas, Nevada 89169

Attorneys for Frederick and
Katherine Cooper

## LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirement of approval under LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

CHRISTOPHER D. JAIME, ESQ./Phillip D. Nick, *et al.*:  APPROVED

JEANETTE MCPHERSON, ESQ./Committee:  APPROVED

OGONNA M. ATAMOH, ESQ./Mark Finston & James Hadden:  APPROVED

RYAN ANDERSEN, ESQ./BMO Harris Bank:  APPROVED

BRETT A. AXELROD, ESQ./Carfinco Financial Group, Inc.:  APPROVED

GREGORY E. GARMAN, ESQ./Frederick & Katherine Cooper:  APPROVED

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #