LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Telephone: (702) 382-1170
Fascimile: (702) 382-1169

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>WESTERN FUNDING INCORPORATED,<br><br>Debtor. | Case No.: BK-S-13-17588-LED<br>Chapter 11<br>(Joint Administration Requested) |
| In re:<br>WESTERN FUNDING INC. OF NEVADA,<br><br>Debtor. | Case No.: BK-S-13-17586-LED<br>Chapter 11 |
| In re:<br>GLOBAL TRACK GPS, LLC,<br><br>Debtor. | Case No.: BK-S-13-17589-LED<br>Chapter 11 |

## NOTICE OF AUCTION RESULTS

**PLEASE TAKE NOTICE** that pursuant to the *Order Approving and Authorizing (A) Bidding Procedures in Connection with the Purchase of the Operating Assets of the Debtors, (B) Form and Manner of Notice of the Sale Hearing and (C) Related Relief* (the "Bid Procedures Order") [ECF No. 390],[1] and the Bidding Procedures approved thereby, Debtors hereby give notice that on December 18, 2013, they conducted an auction (the "Auction") with respect to the

---

[1] Unless otherwise defined, all capitalized terms herein shall have the same meaning as in the Bid Procedures Order.

sale of the Purchased Assets, subject to the terms and modifications as stated on the record at the Auction. At the Auction, Debtors determined that Westlake Services, LLC dba Westlake Financial ("Westlake") presented the highest and best offer for the Purchased Assets for a purchase price of $26,193,318.00, plus payment of a breakup fee of $365,000.00 and an expense reimbursement of up to $450,000.00 to the Stalking Horse Bidder.[2]

**PLEASE TAKE NOTICE** that Debtors will seek approval of Westlake's Successful Bid at the Sale Hearing scheduled in these bankruptcy cases on December 20, 2013 at 9:30 a.m. (PST).

Dated: December 18th, 2013.

LARSON & ZIRZOW, LLC

By: _____
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101

Attorneys for Debtors

---

[2] The foregoing recital of consideration is for general notice purposes only, and is qualified in its entirety by the terms of the proposed Asset Purchase Agreement and any order approving the proposed sale.

2