RECEIVED & FILED

14   JAN 27   AM 30

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

**FILED**

JAN 27 2014

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

## UNITED STATES BANKRUPTCY APPELLATE PANEL

## OF THE NINTH CIRCUIT

| | | |
|---|---|---|
| In re: | ) | BAP No.   NV-13-1587 |
| | ) | |
| WESTERN FUNDING INCORPORATED; | ) | Bk. No.   2:13-bk-17588-LED |
| WESTERN FUNDING INC. OF NEVADA; | ) | |
| GLOBAL TRACK GPS, LLC, | ) | |
| | ) | |
| Debtors. | ) | |
| ———————————————— | ) | |
| | ) | |
| MARK FINSTON; JAMES B. HADDEN; | ) | |
| CLASS B MEMBERS OF HARBOR | ) | |
| STRUCTURED FINANCE, LLC, | ) | |
| | ) | |
| Appellants, | ) | |
| v. | ) | **ORDER GRANTING VOLUNTARY** |
| | ) | **DISMISSAL OF APPEAL** |
| WESTERN FUNDING INCORPORATED; | ) | |
| WESTERN FUNDING INC. OF NEVADA; | ) | |
| GLOBAL TRACK GPS, LLC; | ) | |
| BMO HARRIS BANK, N.A.; OFFICIAL | ) | |
| COMMITTEE OF UNSECURED | ) | |
| CREDITORS; CARFINCO FINANCIAL | ) | |
| GROUP, INC.; FREDERICK COOPER; | ) | |
| KATHERINE COOPER, | ) | |
| | ) | |
| Appellees. | ) | |
| ———————————————— | ) | |

Before:  DUNN, PAPPAS and KURTZ, Bankruptcy Judges.

The Panel has received and considered "Appellants' Notice of Withdrawal of Joint Notice of Appeals with Certificate of Service" filed December 27, 2013.  The Panel has also received and considered the debtor appellees' limited opposition thereto.

We deem the notice of withdrawal to be a motion for
voluntary dismissal of this appeal pursuant to Fed. R. Bankr. P.
8001(c)(2).  Debtors do not oppose the voluntary dismissal of
this appeal.  No other party has filed a response.

The motion is GRANTED and this appeal is hereby ORDERED
DISMISSED.

A certified copy of this order, sent to the Bankruptcy
Court, shall constitute the Panel's mandate.