LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 8 9101
Telephone: (702) 382-1170
Fascimile: (702) 382-1169

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>WESTERN FUNDING INCORPORATED,<br><br>Debtor. | Case No.: BK-S-13-17588-LED<br>Chapter 11<br>(Jointly Administered) |
| In re:<br>WESTERN FUNDING INC. OF NEVADA,<br><br>Debtor. | Case No.: BK-S-13-17586-LED<br>Chapter 11 |
| In re:<br>GLOBAL TRACK GPS, LLC,<br><br>Debtor. | Case No.: BK-S-13-17589-LED<br>Chapter 11 |

### *EX PARTE* MOTION FOR ORDER PURSUANT TO BANKRUPTCY CODE SECTION 105(A) AUTHORIZING DEBTORS TO CHANGE CORPORATE NAMES AND MODIFY CASE CAPTION

Western Funding Incorporated, a California corporation ("WFI"), Western Funding Inc. of Nevada, a Nevada corporation ("WFIN"), and Global Track GPS, LLC, a Delaware limited liability company ("GPS" and together with WFI and WFIN, the "Debtors"), debtors and debtors in possession, by and through their counsel, the law firm of Larson & Zirzow, LLC, respectfully submit their motion (the "Motion") for an order authorizing the changing the caption of the Debtors' bankruptcy cases and related relief in accordance with the *Order (A) Authorizing*

BN 15638491v3

*the Sale of Substantially All of the Debtors' Operating Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, Except as Provided in the Successful Bidder's Asset Purchase Agreement; (B) Authorizing and Approving Purchase Agreement Thereto; (C) Approving the Assumption and Assignment of Certain of the Debtors' Executory Contracts and Unexpired Leases Related Thereto; and (D) Granting Related Relief* (the "Sale Order") [ECF No. 603] entered on January 6, 2014.  In support hereof, Debtors respectfully represent as follows:

1.  On September 4, 2013 (the "Petition Date"), Debtors filed their voluntary petitions for relief under chapter 11 of the Bankruptcy Code, thereby commencing their respective bankruptcy cases (collectively, the "Chapter 11 Cases").  Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  Debtors' Chapter 11 Cases are being jointly administered and an Official Committee of Unsecured Creditors (the "Committee") has been appointed and retained counsel.

2.  On January 6, 2014, the Court entered the Sale Order, which approved the sale of a substantial portion of Debtors' assets, including its principal operating assets, to Western Funding Incorporated, a Nevada corporation (an entity unrelated to Debtors) or its designees ("Purchaser").

3.  Paragraph 34 of the Sale Order provided as follows: "If requested by the Purchaser, the Debtors are authorized and directed to change their corporate names in the domestic jurisdictions in which they are registered or authorized to do business under the names 'Western Funding Incorporated,' 'Western Funding of Nevada,' and 'Global Track GPS, LLC' to 'WFI Debtor,' 'WFN Debtor' and 'GT Debtor,' respectively (or such other names mutually agreed upon between the Debtors and the Purchaser), and to provide the Purchaser with evidence of such name changes.  Upon such event, the caption of all pleadings to be filed in this case shall be changed to the new names, and all pleadings shall be filed under the new caption."

4.  On January 28, 2014, Debtors received a written demand from Purchaser requesting that Debtors' effectuate the name and caption change as permitted in Paragraph 34 of the Sale Order.

BN 15638491v3

5.  This Motion seeks the entry of an order (i) authorizing the name change of Debtors' cases; (ii) authorizing the Clerk of the United States Bankruptcy Court for the District of Nevada and other parties in interest to update the ECF Filing system and their respective records to reflect Western Funding Incorporated's name changed to "WFI Debtor"; Western Funding of Nevada, Inc.'s name changed to "WFN Debtor"; and Global Track GPS, LLC's name changed to "GT Debtor" as well as make a docket entry indicating the same to the extent necessary; (iii) directing all parties making further filings in Debtors' bankruptcy cases to use an amended caption utilizing the foregoing names; and (iv) authorizing Debtors to take all other actions including making filings and submissions to other governmental agencies and parties, to reflect the change of Debtors' names.

WHEREFORE, Debtors request that the Court enter an order in the form as attached hereto as **Exhibit "1"**, thereby authorize and approving the relief requested herein.

DATED: January 30th, 2014.

LARSON & ZIRZOW, LLC

By: _____
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101

Attorneys for Debtors

3

BN 15638491v3

# EXHIBIT "1"

LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 8 9101
Telephone: (702) 382-1170
Fascimile: (702) 382-1169

Attorneys for Debtors

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>WESTERN FUNDING INCORPORATED,<br><br>Debtor. | Case No.: BK-S-13-17588-LED<br>Chapter 11<br>(Jointly Administered) |
| In re:<br>WESTERN FUNDING INC. OF NEVADA,<br><br>Debtor. | Case No.: BK-S-13-17586-LED<br>Chapter 11 |
| In re:<br>GLOBAL TRACK GPS, LLC,<br><br>Debtor. | Case No.: BK-S-13-17589-LED<br>Chapter 11 |

**ORDER APPROVING *EX PARTE* MOTION PURSUANT TO
BANKRUPTCY CODE SECTION 105(A) AUTHORIZING DEBTORS
TO CHANGE CORPORATE NAMES AND MODIFY CASE CAPTION**

BN 15638757v2

Western Funding Incorporated, a California corporation ("WFI"), Western Funding Inc. of Nevada, a Nevada corporation ("WFIN"), and Global Track GPS, LLC, a Delaware limited liability company ("GPS" and together with WFI and WFIN, the "Debtors"), debtors and debtors in possession, by and through their counsel, Larson & Zirzow, LLC, having filed their motion (the "Motion") to change corporate names and modify case caption in accordance with the *Order (A) Authorizing the Sale of Substantially All of the Debtors' Operating Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, Except as Provided in the Successful Bidder's Asset Purchase Agreement; (B) Authorizing and Approving Purchase Agreement Thereto; (C) Approving the Assumption and Assignment of Certain of the Debtors' Executory Contracts and Unexpired Leases Related Thereto; and (D) Granting Related Relief* (the "Sale Order") [ECF No. 603] entered on January 6, 2014; the Court having reviewed and considered the Motion, and good cause appearing;

**IT IS HEREBY ORDERED:**

1. The Motion is GRANTED.

2. The name change of Western Funding Incorporated, a California corporation, to "WFI Debtor"; Western Funding Inc. of Nevada, a Nevada corporation, to "WFN Debtor"; and Global Track GPS, LLC, a Delaware corporation, to "GT Debtor" are all approved.

3. The Clerk of the United States Bankruptcy Court for the District of Nevada is authorized to take whatever action is necessary to update the ECF filing system and its records in each of Debtors' respective cases to reflect the name change of Western Funding Incorporated to "WFI Debtor"; Western Funding Inc. of Nevada to "WFN Debtor"; and Global Track GPS, LLC to "GT Debtor", including a docket entry which states substantially as follows: "An order has been entered in this case directing that the caption of the case be changed from Western Funding Incorporated to WFI Debtor; Western Funding Inc. of Nevada to WFN Debtor; and Global Track GPS, LLC to GT Debtor."

. . .

. . .

. . .

BN 15638757v2

4. The caption of the debtor's cases shall hereafter read as follows:

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>WFI DEBTOR,<br>              Debtor. | Case No.: BK-S-13-17588-LED<br>Chapter 11<br>(Jointly Administered) |
| In re:<br>WFN DEBTOR,<br>              Debtor. | Case No.: BK-S-13-17586-LED<br>Chapter 11 |
| In re:<br>GT DEBTOR,<br>              Debtor. | Case No.: BK-S-13-17589-LED<br>Chapter 11 |

5. Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this order.

6. Debtors are authorized to take all other actions including making filings and submissions to other governmental agencies and parties, to reflect the change of Debtors' names.

7. Notwithstanding the possible applicability of Bankruptcy Rule 6004(h), 7062, 9014 or otherwise, the terms and conditions of this order shall be immediately effective and enforceable upon its entry.

8. The Court shall retain jurisdiction with respect to any and all matters arising from or related to the interpretation or implementation of this Order.

**IT IS SO ORDERED.**

Prepared and Submitted by:

LARSON & ZIRZOW, LLC

By /s/ Zachariah Larson
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Attorneys for Debtors

LARSON & ZIRZOW, LLC
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

3

BN 15638757v2