**Electronically Filed: February 21, 2014**

**LIONEL SAWYER & COLLINS**
Ryan A. Andersen, NBN 12321
*randersen@lionelswyer.com*
300 South Fourth Street, Suite 1700
Las Vegas, Nevada 89101
Telephone: 702-383-8888
Facsimile: 702-383-8845
*Attorneys for BMO Harris Bank*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>WFI DEBTOR,<br><br>Debtor. | Case No.: 13-17588-LED<br>Chapter 11<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY** |

### To: ALL INTERESTED PARTIES

**NOTICE IS GIVEN** that attorney Ryan A. Andersen of the law firm Lionel Sawyer & Collins, having no controversy before the Court in the above-captioned bankruptcy case, hereby withdraws as counsel of record for creditor BMO Harris Bank in the above-captioned bankruptcy case. Undersigned counsel certifies that BMO Harris Bank consents to Mr. Andersen's withdrawal. Furthermore, attorney Rodney M. Jean of the law firm Lionel Sawyer & Collins is and will remain BMO Harris Bank's counsel of record in the above-captioned bankruptcy case.

Dated this 21st day of February, 2014.

Respectfully submitted by:

By:  /s/ Ryan A. Andersen
     Ryan A. Andersen, NBN 12321
     **LIONEL SAWYER & COLLINS**
     300 South Fourth Street, Suite 1700
     Las Vegas, Nevada 89101

*Attorneys for BMO Harris Bank*

LIONEL SAWYER & COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888