**Electronically Filed: February 26, 2014**

LIONEL SAWYER & COLLINS
Ryan A. Andersen, NBN 12321
*randersen@lionelswyer.com*
300 South Fourth Street, Suite 1700
Las Vegas, Nevada 89101
Telephone: 702-383-8888
Facsimile: 702-383-8845
*Attorneys for BMO Harris Bank*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WFI DEBTOR,<br><br>        Debtor. | Case No.: 13-17588-LED<br>Chapter 11 |

### CERTIFICATE OF SERVICE

On February 21, 2014, I served the following document by the following means to the persons as listed below:

**Notice of Withdrawal of Attorney**

I served the above-named document by the following means to the persons as listed below:

[x]   a.   **ECF System** (attached is the "Notice of Electronic Filing");

[x]   b.   **United States mail, postage fully prepaid** to the following:

DAVID T. AUDLEY on behalf of Creditor BMO HARRIS BANK N.A.
CHAPMAN & CUTLER LLP
111 W. MONROE ST.
CHICAGO, IL 60603

DAVID COOPER
5642 SLATER RIDGE
HILLIARD, OH 43026-7477

DEALS WITH WHEELS
P.O. BOX 3476
FARMINGTON, NM 87499-3476

FTI CONSULTING, INC.
2 NORTH CENTRAL AVENUE, STE 1200
PHOENIX, AZ 85004

JAMES A HALL
95 N. MONDEL DR.
GILBERT, AZ 85233

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

| | |
|---|---|
| 1 | SHANNON NAGLE NAGLE |
| 2 | FRIED, FRANK, HARRIS, SHRIVER & JOHNSON LLP |
|   | ONE NEW YORK PLAZA |
| 3 | NEW YORK, NY 10004 |
| 4 | OFFICIAL COMMITTEE OF UNSECURED CREDITORS |
|   | C/O SCHWARTZER & MCPHERSON LAW FIRM |
| 5 | JEANETTE E. MCPHERSON, ESQ. |
|   | 2850 S. JONES BLVD., SUITE 1 |
| 6 | LAS VEGAS, NV 89146 |
| 7 | LENARD E SCHWARTZER |
|   | Schwartzer & McPherson Law Firm |
| 8 | 2850 S Jones Blvd Ste 1 |
|   | Las Vegas, NV 89146 |
| 10 | SCHWARTZER & MCPHERSON |
|   | 2850 SOUTH JONES BLVD., SUITE 1 |
|   | LAS VEGAS, NV 89146-5308 |
| 12 | CARL I STAPEN |
|   | FRIED, FRANK, HARRIS, SHRIVER & JACOBSON, LLP |
|   | ONE NEW YORK PLAZA |
| 13 | NEW YORK, NY 10004 |
| 14 | TW TELECOM INC. |
|   | 10475 PARK MEADOWS DRIVE, #400 |
| 15 | LITTLETON, CO 80124 |
| 16 | GARY R UNDERWOOD |
|   | UNDERWOOD LAW FIRM, LLC |
| 17 | 515 OLIVE STREET, STE. 800 |
|   | ST. LOUIS, MO 63101 |

[ ]   c.   **Personal Service** (List persons and addresses):

[ ]   For a party represented by an attorney, delivery was made by handling the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

[ ]   For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

[ ]   d.   **By direct email (as opposed to through the ECF system)** (list persons and email addresses):

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

2

| | | |
|---|---|---|
| [ ] | e. | **By fax transmission** (list persons and fax numbers): |

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

| | | |
|---|---|---|
| [ ] | f. | **By messenger**: |

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service).

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 26th day of February, 2014.


           /s/  Kay Wallace
An Employee of Lionel Sawyer & Collins

LIONEL SAWYER
& COLLINS
ATTORNEYS AT LAW
1700 BANK OF AMERICA PLAZA
300 SOUTH FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 383-8888

**Kay Wallace**

| | |
|---|---|
| **From:** | USBC_NEVADA@nvb.uscourts.gov |
| **Sent:** | Friday, February 21, 2014 1:36 PM |
| **To:** | Courtmail@nvb.uscourts.gov |
| **Subject:** | 13-17588-led Withdrawal as Attorney |

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.

## U.S. Bankruptcy Court

## District of Nevada

Notice of Electronic Filing

The following transaction was received from RYAN A. ANDERSEN entered on 2/21/2014 at 1:35 PM PST and filed on 2/21/2014
**Case Name:**     WFI DEBTOR
**Case Number:**  13-17588-led
**Document Number:** 743

**Docket Text:**
ANDERSEN, RYAN has withdrawn from the case Filed by RYAN A. ANDERSEN on behalf of BMO HARRIS BANK N.A. (Related document(s)[5] Notice of Appearance and Request for Notice filed by Creditor BMO HARRIS BANK N.A.) (ANDERSEN, RYAN)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Combined PDF 13.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=2/21/2014] [FileNumber=26006685-0
] [21833e5176fa66539317737774736ca9c0b3ce43112cacbae1bd110ae2df3112cca
d6f62e811c7575d3dacfc8ad867908e34c8ab2a38d6545ecaa04a86a3420e]]


**13-17588-led Notice will be electronically mailed to:**

RYAN A. ANDERSEN on behalf of Creditor BMO HARRIS BANK N.A.
RANDERSEN@LIONELSAWYER.COM, bklsclv@lionelsawyer.com;kwallace@lionelsawyer.com

OGONNA M. ATAMOH on behalf of Creditor CLASS B MEMBERS OF HARBOR STRUCTURED FINANCE, LLC

oatamoh@nevadafirm.com,
rholley@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;gbagley@nevadafirm.com

OGONNA M. ATAMOH on behalf of Interested Party JAMES B. HADDEN
oatamoh@nevadafirm.com,
rholley@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;gbagley@nevadafirm.com

OGONNA M. ATAMOH on behalf of Interested Party MARK FINSTON
oatamoh@nevadafirm.com,
rholley@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;gbagley@nevadafirm.com

BRETT A. AXELROD on behalf of Interested Party CARFINCO FINANCIAL GROUP, INC.
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;ldupree@foxrothschild.com

ROBERT M. CHARLES, JR. on behalf of Debtor WFI DEBTOR
rcharles@lrlaw.com, BankruptcyNotices@LRLaw.com

ROBERT M. CHARLES, JR. on behalf of Special Counsel LEWIS ROCA ROTHGERBER LLP
rcharles@lrlaw.com, BankruptcyNotices@LRLaw.com

GREGORY E GARMAN on behalf of Creditor FREDERICK&KATHERINE COOPER
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

DAVID B GOLUBCHIK on behalf of Consumer Privacy Ombudsman TIMOTHY J YOO
dbg@lnbrb.com

RICHARD F. HOLLEY on behalf of Creditor CLASS B MEMBERS OF HARBOR STRUCTURED FINANCE, LLC
rholley@nevadafirm.com,
sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com;gbagley@nevadafirm.com

RICHARD F. HOLLEY on behalf of Interested Party JAMES B. HADDEN
rholley@nevadafirm.com,
sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com;gbagley@nevadafirm.com

RICHARD F. HOLLEY on behalf of Interested Party MARK FINSTON
rholley@nevadafirm.com,
sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com;gbagley@nevadafirm.com

L. EDWARD HUMPHREY on behalf of Creditor GREIF & CO.
ehumphrey@hulolaw.com, jlopez@hulolaw.com

CHRISTOPHER D JAIME on behalf of Creditor CLASS B MEMBERS OF HARBOR STRUCTURED FINANCE, LLC
cjaime@mclrenolaw.com, kbernhardt@mclrenolaw.com

RODNEY M. JEAN on behalf of Creditor BMO HARRIS BANK N.A.
RJEAN@LIONELSAWYER.COM, bklsclv@lionelsawyer.com

ZACHARIAH LARSON on behalf of Debtor WFI DEBTOR
carey@lzlawnv.com, susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
edward.m.mcdonald@usdoj.gov

JEANETTE E. MCPHERSON on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
bkfilings@s-mlaw.com

MICAELA RUSTIA MOORE on behalf of Interested Party CARFINCO FINANCIAL GROUP, INC.
mmoore@foxrothschild.com, pchlum@foxrothschild.com;ldupree@foxrothschild.com

SAMUEL A. SCHWARTZ on behalf of Interested Party NEVADA EXPANSION, INC.
sam@schwartzlawyers.com, ecf@schwartzlawyers.com;schwartzecf@gmail.com

JEFFREY SLOANE on behalf of Creditor COPE FAMILY VENTURES
barbara@jsloanelaw.com

DAVID J. STOFT on behalf of Creditor GUERIN B SENTER
dstoft@mcdonaldcarano.com, cgerard@mcdonaldcarano.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

BLAINE T WELSH on behalf of Creditor U.S. Consumer Financial Protection Bureau
blaine.welsh@usdoj.gov,
eunice.jones@usdoj.gov;sue.knight@usdoj.gov;mary.booker@usdoj.gov;doriayn.olivarra@usdoj.gov

RYAN J. WORKS on behalf of Creditor GUERIN B SENTER
rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com,bgrubb@mcdonaldcarano.com

MATTHEW C. ZIRZOW on behalf of Attorney LARSON & ZIRZOW, LLC
mzirzow@lzlawnv.com, susan@lzlawnv.com;tiffany@lzlawnv.com;carey@lzlawnv.com;mary@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Debtor GT DEBTOR
mzirzow@lzlawnv.com, susan@lzlawnv.com;tiffany@lzlawnv.com;carey@lzlawnv.com;mary@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Debtor WFI DEBTOR
mzirzow@lzlawnv.com, susan@lzlawnv.com;tiffany@lzlawnv.com;carey@lzlawnv.com;mary@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Debtor WFN DEBTOR
mzirzow@lzlawnv.com, susan@lzlawnv.com;tiffany@lzlawnv.com;carey@lzlawnv.com;mary@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Financial Advisor HIGH RIDGE PARTNERS
mzirzow@lzlawnv.com, susan@lzlawnv.com;tiffany@lzlawnv.com;carey@lzlawnv.com;mary@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Jnt Admin Debtor GT DEBTOR
mzirzow@lzlawnv.com, susan@lzlawnv.com;tiffany@lzlawnv.com;carey@lzlawnv.com;mary@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Jnt Admin Debtor WFN DEBTOR
mzirzow@lzlawnv.com, susan@lzlawnv.com;tiffany@lzlawnv.com;carey@lzlawnv.com;mary@lzlawnv.com

**13-17588-led Notice will not be electronically mailed to:**

AMHERST CONSULTING, LLC
,

DAVID T. AUDLEY on behalf of Creditor BMO HARRIS BANK N.A.
CHAPMAN & CUTLER LLP
111 W. MONROE ST.
CHICAGO, IL 60603

COMMERCE CRG OF NEVADA, LLC
,

DAVID COOPER
5642 SLATER RIDGE
HILLIARD, OH 43026-7477

DEALS WITH WHEELS
P.O. BOX 3476
FARMINGTON, NM 87499-3476

FTI CONSULTING, INC.
,

FTI CONSULTING, INC.
2 NORTH CENTRAL AVENUE, STE 1200
PHOENIX, AZ 85004

JAMES A HALL
95 N. MONDEL DR.
GILBERT, AZ 85233

HILCO RECEIVABLES, LLC
,

SHANNON NAGLE NAGLE on behalf of Creditor BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC
FRIED, FRANK, HARRIS, SHRIVER
& JOHNSON LLP
ONE NEW YORK PLAZA
NEW YORK, NY 10004

OFFICIAL COMMITTEE OF UNSECURED CREDITORS
C/O SCHWARTZER & MCPHERSON LAW FIRM
JEANETTE E. MCPHERSON, ESQ.
2850 S. JONES BLVD., SUITE 1

LAS VEGAS, NV 89146

LENARD E SCHWARTZER on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
Schwartzer & McPherson Law Firm
2850 S Jones Blvd Ste 1
Las Vegas, NV 89146

SCHWARTZER & MCPHERSON
2850 SOUTH JONES BLVD., SUITE 1
LAS VEGAS, NV 89146-5308

CARL I STAPEN on behalf of Creditor BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC
FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON, LLP
ONE NEW YORK PLAZA
NEW YORK, NY 10004

TW TELECOM INC.
10475 PARK MEADOWS DRIVE, #400
LITTLETON, CO 80124

GARY R UNDERWOOD on behalf of Creditor UNDERWOOD LAW FIRM, LLC
UNDERWOOD LAW FIRM, LLC
515 OLIVE STREET, STE. 800
ST. LOUIS, MO 63101