LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Telephone: (702) 382-1170
Facsimile: (702) 382-1169

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>WFI DEBTOR,<br><br>Debtor. | Case No.: BK-S-13-17588-LED<br>Chapter 11<br>(Jointly Administered) |
| In re:<br><br>WFN DEBTOR,<br><br>Debtor. | Case No.: BK-S-13-17586-LED<br>Chapter 11 |
| In re:<br><br>GT DEBTOR,<br><br>Debtor. | Case No.: BK-S-13-17589-LED<br>Chapter 11 |

## STIPULATION REGARDING THE ALLOWANCE AND PAYMENT OF CLAIM OF BMO HARRIS BANK, N.A.

WFI Debtor, f/k/a Western Funding Incorporated, a California corporation ("WFI"), WFN Debtor, f/k/a Western Funding Inc. of Nevada, a Nevada corporation ("WFIN"), and GT Debtor, f/k/a Global Track GPS, LLC, a Delaware limited liability company (collectively, the "Debtors"), debtors and debtors-in-possession, by and through their counsel, the law firm of Larson & Zirzow, LLC; BMO Harris Bank, N.A. ("BMO Harris"), by and through their counsel,

the law firms of Lionel, Sawyer & Collins and Chapman & Cutler; and the Official Committee of Unsecured Creditors (the "Committee" and together with Debtors and BMO Harris, the "Parties"), by and through their counsel, the Schwartzer McPherson Law Firm, hereby stipulate and agree (the "Stipulation") as follows:

1. On September 4, 2013 (the "Petition Date"), Debtors filed their respective voluntary petitions for relief under chapter 11, title 11 of the United States Code (the "Bankruptcy Code"), thereby commencing the above-captioned bankruptcy cases (collectively, the "Chapter 11 Cases").

2. On October 16, 2013, Debtors filed a motion to approve a *Stipulation Authorizing Debtors to Use Cash Collateral, Granting Adequate Protection and Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 361, 362 and 363* (the "Cash Collateral Stipulation") [ECF No. 204]. Pursuant to the Cash Collateral Stipulation, Debtors made various admissions, including but not limited to the following: (a) as of the Petition Date, Debtors were indebted and liable to BMO Harris, without claim, defense, counterclaim, recoupment or offset of any kind, in the aggregate principal amount of no less than $30,870,301.70, exclusive of interest, and all costs, fees, expenses and charges; (b) the claim of BMO Harris was legal, valid and binding obligations of Debtors, enforceable in accordance with their terms, and no portion of the debt to BMO Harris was subject to avoidance, recharacterization, setoff, recoupment or subordination pursuant to the Bankruptcy Code or applicable non-bankruptcy law; (c) Debtors did not have, and thereby forever waived, released and affirmatively agreed not to allege or otherwise pursue, any defenses, affirmative defenses, counterclaims, claims, causes of action, recoupments, setoffs or other rights that it has or may have arising under the Bankruptcy Code, applicable non-bankruptcy law or otherwise against BMO Harris or any of its affiliates. Notwithstanding the foregoing, no other party in interest challenged the foregoing by the deadline set forth in the Cash Collateral Stipulation.

3. On October 24, 2013, the Bankruptcy Court entered an order approving the Cash Collateral Stipulation on a final basis [ECF No. 237].

4. On December 4, 2013, the Bankruptcy Court entered an order approving a *First*

3

*Stipulated Amendment to the Cash Collateral Stipulation* [ECF Nos. 270 and 406], which provided, among other matters, the following: (a) Debtors would pay the Pre-Petition Agent an additional, immediate adequate protection paydown of $500,000; (b) after approval of a transaction or sale for substantially all of Debtors' business, Debtors would immediately transfer all cash collateral then held or controlled by Debtors; and (c) Debtors would continue and finalize their efforts to return all pre-petition retainers, and imposed other limitations with respect to the retainer being held by Debtors' general reorganization counsel.

5. On January 6, 2014, the Court entered the *Order (A) Authorizing the Sale of Substantially All of the Debtors' Operating Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, et al.* (the "Sale Order") [ECF No. 603], which approved a sale of a substantial portion of Debtors' operating assets to Westlake for the sum of approximately $24,853,221 (plus the $815,000 in a break-up fee and expense reimbursement), subject to adjustment and reconciliation.

6. Between Debtors' available cash on hand generated from operations and the proceeds received from the sale to Westlake, both of which were the cash collateral of BMO Harris, Debtors had sufficient funds on hand to pay BMO Harris in full. Specifically, as of January 6, 2014, BMO Harris' total allowed claim, including principal, interest, attorneys' fees and costs, was the sum of $27,534,278.84.

7. After Debtors' review and approval of the asserted principal and interest owing to BMO Harris, the Debtors' and the Committee's review of the fees and costs asserted to have been incurred by BMO Harris, and BMO Harris's reduction of its fees in the amount of $75,000, the Debtors and the Committee have agreed that BMO be fully released from any and all further claims in connection with its claim against the Debtors, and BMO Harris's claim shall be allowed in the amount of $27,459,278.84, which claim was paid and satisfied in full on January 7, 2014. As such, BMO Harris is no longer a creditor in these Chapter 11 Cases, and any claim of BMO Harris is hereby expunged.

. . .

. . .

3

1  NOW, THEREFORE, the Parties respectfully request that the Court enter the order
2  attached hereto as **Exhibit "1"**, thereby approving this Stipulation.
3  DATED: February 28th, 2014.

5  By: /s/ Matthew C. Zirzow
   LARSON & ZIRZOW, LLC
6  MATTHEW C. ZIRZOW, ESQ.
   Nevada Bar No. 7222
7  810 S. Casino Center Blvd. #101
8  Las Vegas, Nevada 89101

9  Attorneys for Debtors

   By: /s/ Rodney M. Jean
   LIONEL SAWYER & COLLINS
   RODNEY M. JEAN, ESQ.
   Nevada Bar No. 1395
   E-mail: rjean@lionelsawyer.com
   300 South Fourth Street, Suite 1700
   Las Vegas, Nevada 89101

   CHAPMAN AND CUTLER, LLP
   DAVID T.B. AUDLEY, ESQ.
   *Admitted Pro Hac Vice*
   Illinois Bar No. 6190602
   E-mail: audley@chapman.com
   111 West Monroe Street
   Chicago, Illinois 60603

   Attorneys for BMO Harris Bank, N.A.

16  By: _____
17  SCHWARTZER & MCPHERSON
    JEANETTE MCPHERSON, ESQ.
    Nevada Bar No. 5423
18  2850 S. Jones Blvd., #1
19  Las Vegas, Nevada 89146

20  Attorneys for the Official Committee
21  of Unsecured Creditors

22                              # # #

LARSON & ZIRZOW, LLC
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

NOW, THEREFORE, the Parties respectfully request that the Court enter the order attached hereto as **Exhibit "1"**, thereby approving this Stipulation.

DATED: February ___, 2014.

By: _____
LARSON & ZIRZOW, LLC
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101

Attorneys for Debtors

By: _____
LIONEL SAWYER & COLLINS
RODNEY M. JEAN, ESQ.
Nevada Bar No. 1395
E-mail: rjean@lionelsawyer.com
300 South Fourth Street, Suite 1700
Las Vegas, Nevada 89101

CHAPMAN AND CUTLER, LLP
DAVID T.B. AUDLEY, ESQ.
*Admitted Pro Hac Vice*
Illinois Bar No. 6190602
E-mail: audley@chapman.com
111 West Monroe Street
Chicago, Illinois 60603

Attorneys for BMO Harris Bank, N.A.

By: __/s/ Jeanette McPherson_____
SCHWARTZER & MCPHERSON
JEANETTE MCPHERSON, ESQ.
Nevada Bar No. 5423
2850 S. Jones Blvd., #1
Las Vegas, Nevada 89146

Attorneys for the Official Committee
of Unsecured Creditors

# # #

# EXHIBIT "1"

LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Telephone: (702) 382-1170
Facsimile: (702) 382-1169

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>WESTERN FUNDING INCORPORATED,<br><br>Debtor. | Case No.: BK-S-13-17588-LED<br>Chapter 11<br>(Jointly Administered) |
| In re:<br>WESTERN FUNDING INC. OF NEVADA,<br><br>Debtor. | Case No.: BK-S-13-17586-LED<br>Chapter 11 |
| In re:<br>GLOBAL TRACK GPS, LLC,<br><br>Debtor. | Case No.: BK-S-13-17589-LED<br>Chapter 11<br><br>Date: N/A<br>Time: N/A |

**ORDER APPROVING STIPULATION REGARDING THE ALLOWANCE
AND PAYMENT OF CLAIM OF BMO HARRIS BANK, N.A.**

WFI Debtor, f/k/a Western Funding Incorporated, a California corporation, WFN Debtor, f/k/a Western Funding Inc. of Nevada, a Nevada corporation, and GT Debtor, f/k/a Global Track GPS, LLC, a Delaware limited liability company (collectively, the "Debtors"), debtors and debtors-in-possession, by and through their counsel, the law firm of Larson & Zirzow, LLC; BMO Harris Bank, N.A. ("BMO Harris"), by and through their counsel, the law firms of Lionel, Sawyer & Collins and Chapman & Cutler; and the Official Committee of Unsecured Creditors (the "Committee" and together with Debtors and BMO Harris, the "Parties"), by and through their counsel, the Schwartzer McPherson Law Firm, having filed their *Stipulation Regarding the Allowance and Payment of Claim of BMO Harris Bank, N.A.* (the "Stipulation"),[1] the Court having reviewed the Stipulation and good cause appearing;

**IT IS HEREBY ORDERED:**

1. The Stipulation is APPROVED;

2. The claim of BMO Harris shall be and hereby is allowed on a final basis in the total amount of $27,459,278.84. This claim was paid and satisfied in full on January 7, 2014. As such, BMO Harris is no longer a creditor in these Chapter 11 Cases, and any claim of BMO Harris is hereby expunged. Further, BMO Harris is fully released from any and all further claims in connection with its claim against the Debtors.

3. The Stipulation and this Order shall be binding upon Debtors and any successor thereto (including, without limitation, any chapter 7 or chapter 11 trustee appointed or elected for the Debtors) in all circumstances, or any liquidating trustee appointed pursuant to any confirmed chapter 11 plan.

**IT IS SO ORDERED.**

. . .

. . .

. . .

---

[1] All capitalized terms herein shall have the same meaning as set forth in the Stipulation.

3

APPROVED / ~~DISAPPROVED:~~

By: /s/ Matthew Zirzow
LARSON & ZIRZOW, LLC
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101

Attorneys for Debtors

APPROVED / ~~DISAPPROVED:~~

By: /s/ Rodney M. Jean
LIONEL SAWYER & COLLINS
RODNEY M. JEAN, ESQ.
Nevada Bar No. 1395
E-mail: rjean@lionelsawyer.com
300 South Fourth Street, Suite 1700
Las Vegas, Nevada 89101

CHAPMAN AND CUTLER, LLP
DAVID T.B. AUDLEY, ESQ.
*Admitted Pro Hac Vice*
Illinois Bar No. 6190602
E-mail: audley@chapman.com
111 West Monroe Street
Chicago, Illinois 60603

Attorneys for BMO Harris Bank, N.A.

APPROVED / DISAPPROVED:

By: _____
SCHWARTZER & MCPHERSON
JEANETTE MCPHERSON, ESQ.
Nevada Bar No. 5423
2850 S. Jones Blvd., #1
Las Vegas, Nevada 89146

Attorneys for the Official Committee
of Unsecured Creditors

### #

LARSON & ZIRZOW, LLC
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

APPROVED / DISAPPROVED:

By: _____
LARSON & ZIRZOW, LLC
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101

Attorneys for Debtors

APPROVED / DISAPPROVED:

By: _____
LIONEL SAWYER & COLLINS
RODNEY M. JEAN, ESQ.
Nevada Bar No. 1395
E-mail: rjean@lionelsawyer.com
300 South Fourth Street, Suite 1700
Las Vegas, Nevada 89101

CHAPMAN AND CUTLER, LLP
DAVID T.B. AUDLEY, ESQ.
*Admitted Pro Hac Vice*
Illinois Bar No. 6190602
E-mail: audley@chapman.com
111 West Monroe Street
Chicago, Illinois 60603

Attorneys for BMO Harris Bank, N.A.

APPROVED / DISAPPROVED:

By: __/s/ Jeanette McPherson_____
SCHWARTZER & MCPHERSON
JEANETTE MCPHERSON, ESQ.
Nevada Bar No. 5423
2850 S. Jones Blvd., #1
Las Vegas, Nevada 89146

Attorneys for the Official Committee
of Unsecured Creditors

# # #