MCDONALD CARANO WILSON LLP
RYAN J. WORKS, NV Bar No. 9224
DAVID STOFT, NV Bar No. 10241
AMANDA M. PERACH, NV Bar No. 12399
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
rworks@mcdonaldcarano.com
dstoft@mcdonaldcarano.com
*Attorneys for Guerin Senter*

*Electronically filed on March 10, 2014*

# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>WESTERN FUNDING INCORPORATED,<br><br>Debtor. | Case No. 13-17588-LED<br><br>Chapter 11<br>(Jointly Administered) |
| In re<br><br>WESTERN FUNDING INC. OF NEVADA,<br><br>Debtor. | Case No. 13-17586-LED<br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

On the 10th day of March, 2014, I served the following documents:

Motion for Order that D&O Insurance is not Property of the Estate or Alternatively Motion for Relief from Automatic Stay to Proceed Against D&O Insurance [Docket No. 770]

Declaration of Guerin Senter in Support of Motion for Order that D&O Insurance is not Property of the Estate or Alternatively Motion for Relief from Automatic Stay to Proceed Against D&O Insurance [Docket No. 771]

Notice of Hearing on Motion for Order that D&O Insurance is not Property of the Estate or Alternatively Motion for Relief from Automatic Stay to Proceed Against D&O Insurance [Docket No. 772]

I served the above-named documents by the following means:

☒ ECF System (You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary).

***SEE ATTACHED NOTICES OF ELECTRONIC FILING***

☒ United States Postal Service, postage fully prepaid.

DAVID T. AUDLEY on behalf of Creditor BMO HARRIS BANK N.A.
CHAPMAN & CUTLER LLP
111 W. Monroe St.
Chicago, IL  60603

DAVID COOPER
David Cooper
5642 Slater Ridge
Hilliard, OH  43026-7477

DEALS WITH WHEELS
P.O. Box 3476
Farmington, NM 87499-3476

FTI CONSULTING, INC.
2 North Central Avenue, Suite 1200
Phoenix, AZ  85004

JAMES A. HALL
95 N. Mondel Dr.
Gilbert, AZ  85233

SHANNON NAGLE NAGLE on behalf of Creditor BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC
FRIED, FRANK, HARRIS, SHRIVER & JOHNSON LLP
One New York Plaza
New York, NY  10004

OFFICIAL COMMITTEE OF UNSECURED CREDITORS
C/O SCHWARTZER & MCPHERSON LAW FIRM
JEANETTE E. MCPHERSON, ESQ.
2850 S. Jones Blvd., Suite 1
Las Vegas, NV 89146

1  LENARD E SCHWARTZER on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
2  Schwartzer & McPherson Law Firm
   2850 S. Jones Blvd Suite 1
3  Las Vegas, NV 89146
   SCHWARTZER & MCPHERSON
4  2850 S. Jones Blvd., Suite 1
   Las Vegas, NV 89146

5
6  CARL I STAPEN on behalf of Creditor BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC
   FRIED, FRANK, HARRIS, SHRIVER &
   JACOBSON, LLP
7  One New York Plaza
   New York, NY  10004

8
9  TW TELECOM INC.
   10475 Park Meadows Drive, #400
   Littleton, CO  80124

10
11 GARY R UNDERWOOD on behalf of Creditor UNDERWOOD LAW FIRM, LLC
   UNDERWOOD LAW FIRM, LLC
12 515 Olive Street, Suite 800
   St. Louis, MO  63101

13
14         I declare under penalty of perjury that the foregoing is true and correct.

           DATED this 10th day of March, 2014.
15
16                                        By: /s/ CaraMia Gerard
                                              An Employee of McDonald Carano Wilson LLP
17
18
19
20
21
22
23
24
25
26
27
28

## File a Motion:

[13-17588-led WFI DEBTOR](#)

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: led | Case Flag: BAPCPA, JNTADMN, LEAD, EXHS |

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from DAVID J. STOFT entered on 3/10/2014 at 5:45 PM PDT and filed on 3/10/2014
**Case Name:**        WFI DEBTOR
**Case Number:**      13-17588-led
**Document Number:** 770

**Docket Text:**
Application /*Motion for Relief from Automatic Stay to Proceed Against D&O Insurance and Add Debtor as a Nominal Party to State Court Litigation* Filed by DAVID J. STOFT on behalf of GUERIN B SENTER (STOFT, DAVID)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** \\summationlv\scans\cgerard\Motion for Relief.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=3/10/2014] [FileNumber=26080112-0
] [42241b334d7db49201f224d4d77bb25bd0d6cf45d85615e8eb278f2c7cd40bb4db0
02e99b10d6256ba6867f04fd5dc414a5d1bb82603cc1ac85debc95936e35f]]

**13-17588-led Notice will be electronically mailed to:**

OGONNA M. ATAMOH on behalf of Creditor CLASS B MEMBERS OF HARBOR STRUCTURED FINANCE, LLC
oatamoh@nevadafirm.com,
rholley@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;gbagley@nevadafirm.com

OGONNA M. ATAMOH on behalf of Interested Party JAMES B. HADDEN
oatamoh@nevadafirm.com,
rholley@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;gbagley@nevadafirm.com

OGONNA M. ATAMOH on behalf of Interested Party MARK FINSTON
oatamoh@nevadafirm.com,
rholley@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;gbagley@nevadafirm.com

BRETT A. AXELROD on behalf of Interested Party CARFINCO FINANCIAL GROUP, INC.
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;ldupree@foxrothschild.com

ROBERT M. CHARLES, JR. on behalf of Debtor WFI DEBTOR
rcharles@lrlaw.com, BankruptcyNotices@LRLaw.com

ROBERT M. CHARLES, JR. on behalf of Special Counsel LEWIS ROCA ROTHGERBER LLP
rcharles@lrlaw.com, BankruptcyNotices@LRLaw.com

GREGORY E GARMAN on behalf of Creditor FREDERICK&KATHERINE COOPER
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

DAVID B GOLUBCHIK on behalf of Consumer Privacy Ombudsman TIMOTHY J YOO
dbg@lnbrb.com

RICHARD F. HOLLEY on behalf of Creditor CLASS B MEMBERS OF HARBOR STRUCTURED FINANCE, LLC
rholley@nevadafirm.com,
sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com;gbagley@nevadafirm.com

RICHARD F. HOLLEY on behalf of Interested Party JAMES B. HADDEN
rholley@nevadafirm.com,
sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com;gbagley@nevadafirm.com

RICHARD F. HOLLEY on behalf of Interested Party MARK FINSTON
rholley@nevadafirm.com,
sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com;gbagley@nevadafirm.com

L. EDWARD HUMPHREY on behalf of Creditor GREIF & CO.
ehumphrey@hulolaw.com, jlopez@hulolaw.com

CHRISTOPHER D JAIME on behalf of Creditor CLASS B MEMBERS OF HARBOR STRUCTURED FINANCE, LLC
cjaime@mclrenolaw.com, kbernhardt@mclrenolaw.com

RODNEY M. JEAN on behalf of Creditor BMO HARRIS BANK N.A.
RJEAN@LIONELSAWYER.COM, bklsclv@lionelsawyer.com

ZACHARIAH LARSON on behalf of Debtor WFI DEBTOR
carey@lzlawnv.com, susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
edward.m.mcdonald@usdoj.gov

JEANETTE E. MCPHERSON on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
bkfilings@s-mlaw.com

MICAELA RUSTIA MOORE on behalf of Interested Party CARFINCO FINANCIAL GROUP, INC.
mmoore@foxrothschild.com, pchlum@foxrothschild.com;ldupree@foxrothschild.com

SAMUEL A. SCHWARTZ on behalf of Interested Party NEVADA EXPANSION, INC.
sam@schwartzlawyers.com, ecf@schwartzlawyers.com;schwartzecf@gmail.com

JEFFREY SLOANE on behalf of Creditor COPE FAMILY VENTURES
barbara@jsloanelaw.com

DAVID J. STOFT on behalf of Creditor GUERIN B SENTER
dstoft@mcdonaldcarano.com, cgerard@mcdonaldcarano.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

BLAINE T WELSH on behalf of Creditor U.S. Consumer Financial Protection Bureau
blaine.welsh@usdoj.gov, eunice.jones@usdoj.gov;sue.knight@usdoj.gov;mary.booker@usdoj.gov;doriayn.olivarra@usdoj.gov

RYAN J. WORKS on behalf of Creditor GUERIN B SENTER
rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com,bgrubb@mcdonaldcarano.com

MATTHEW C. ZIRZOW on behalf of Attorney LARSON & ZIRZOW, LLC
mzirzow@lzlawnv.com, susan@lzlawnv.com;tiffany@lzlawnv.com;carey@lzlawnv.com;mary@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Debtor GT DEBTOR
mzirzow@lzlawnv.com, susan@lzlawnv.com;tiffany@lzlawnv.com;carey@lzlawnv.com;mary@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Debtor WFI DEBTOR
mzirzow@lzlawnv.com, susan@lzlawnv.com;tiffany@lzlawnv.com;carey@lzlawnv.com;mary@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Debtor WFN DEBTOR
mzirzow@lzlawnv.com, susan@lzlawnv.com;tiffany@lzlawnv.com;carey@lzlawnv.com;mary@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Financial Advisor HIGH RIDGE PARTNERS
mzirzow@lzlawnv.com, susan@lzlawnv.com;tiffany@lzlawnv.com;carey@lzlawnv.com;mary@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Jnt Admin Debtor GT DEBTOR
mzirzow@lzlawnv.com, susan@lzlawnv.com;tiffany@lzlawnv.com;carey@lzlawnv.com;mary@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Jnt Admin Debtor WFN DEBTOR
mzirzow@lzlawnv.com, susan@lzlawnv.com;tiffany@lzlawnv.com;carey@lzlawnv.com;mary@lzlawnv.com

**13-17588-led Notice will not be electronically mailed to:**

AMHERST CONSULTING, LLC
,

DAVID T. AUDLEY on behalf of Creditor BMO HARRIS BANK N.A.
CHAPMAN & CUTLER LLP
111 W. MONROE ST.
CHICAGO, IL 60603

COMMERCE CRG OF NEVADA, LLC
,

DAVID COOPER
5642 SLATER RIDGE
HILLIARD, OH 43026-7477

DEALS WITH WHEELS
P.O. BOX 3476
FARMINGTON, NM 87499-3476

FTI CONSULTING, INC.
,

FTI CONSULTING, INC.
2 NORTH CENTRAL AVENUE, STE 1200
PHOENIX, AZ 85004

JAMES A HALL
95 N. MONDEL DR.
GILBERT, AZ 85233

HILCO RECEIVABLES, LLC
,

SHANNON NAGLE NAGLE on behalf of Creditor BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC
FRIED, FRANK, HARRIS, SHRIVER
& JOHNSON LLP
ONE NEW YORK PLAZA
NEW YORK, NY 10004

OFFICIAL COMMITTEE OF UNSECURED CREDITORS
C/O SCHWARTZER & MCPHERSON LAW FIRM
JEANETTE E. MCPHERSON, ESQ.
2850 S. JONES BLVD., SUITE 1
LAS VEGAS, NV 89146

LENARD E SCHWARTZER on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
Schwartzer & McPherson Law Firm
2850 S Jones Blvd Ste 1
Las Vegas, NV 89146

SCHWARTZER & MCPHERSON
2850 SOUTH JONES BLVD., SUITE 1
LAS VEGAS, NV 89146-5308

CARL I STAPEN on behalf of Creditor BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC
FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON, LLP
ONE NEW YORK PLAZA
NEW YORK, NY 10004

TW TELECOM INC.
10475 PARK MEADOWS DRIVE, #400
LITTLETON, CO 80124

GARY R UNDERWOOD on behalf of Creditor UNDERWOOD LAW FIRM, LLC
UNDERWOOD LAW FIRM, LLC
515 OLIVE STREET, STE. 800
ST. LOUIS, MO 63101

## Miscellaneous:

[13-17588-led WFI DEBTOR](#)

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: led | Case Flag: BAPCPA, JNTADMN, LEAD, EXHS |

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from DAVID J. STOFT entered on 3/10/2014 at 5:55 PM PDT and filed on 3/10/2014
**Case Name:**        WFI DEBTOR
**Case Number:**      13-17588-led
**Document Number:** 771

**Docket Text:**
Declaration Of: Guerin Senter *in Support of Motion for Relief from Automatic Stay to Proceed Against D&O Insurance and Add Debtor as a Nominal Party to State Court Litigation* Filed by DAVID J. STOFT on behalf of GUERIN B SENTER (Related document(s)[770] Miscellaneous Application filed by Creditor GUERIN B SENTER) (STOFT, DAVID)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** \\summationlv\scans\cgerard\Declaration of Guerin Senter.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=3/10/2014] [FileNumber=26080133-0
] [738099104bc1df41c4c1274a0efd409de3a1b7166b99e1f529fccb730e504b52138
85cf4d0bc0b9077d7acf0b6cae0d80cc66e27088b2d538a21ab747230c85e]]

**13-17588-led Notice will be electronically mailed to:**

OGONNA M. ATAMOH on behalf of Creditor CLASS B MEMBERS OF HARBOR STRUCTURED FINANCE, LLC
oatamoh@nevadafirm.com,
rholley@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;gbagley@nevadafirm.com

OGONNA M. ATAMOH on behalf of Interested Party JAMES B. HADDEN
oatamoh@nevadafirm.com,
rholley@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;gbagley@nevadafirm.com

OGONNA M. ATAMOH on behalf of Interested Party MARK FINSTON
oatamoh@nevadafirm.com,
rholley@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;gbagley@nevadafirm.com

BRETT A. AXELROD on behalf of Interested Party CARFINCO FINANCIAL GROUP, INC.
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;ldupree@foxrothschild.com

ROBERT M. CHARLES, JR. on behalf of Debtor WFI DEBTOR
rcharles@lrlaw.com, BankruptcyNotices@LRLaw.com

ROBERT M. CHARLES, JR. on behalf of Special Counsel LEWIS ROCA ROTHGERBER LLP
rcharles@lrlaw.com, BankruptcyNotices@LRLaw.com

GREGORY E GARMAN on behalf of Creditor FREDERICK&KATHERINE COOPER
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

DAVID B GOLUBCHIK on behalf of Consumer Privacy Ombudsman TIMOTHY J YOO
dbg@lnbrb.com

RICHARD F. HOLLEY on behalf of Creditor CLASS B MEMBERS OF HARBOR STRUCTURED FINANCE, LLC
rholley@nevadafirm.com,
sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com;gbagley@nevadafirm.com

RICHARD F. HOLLEY on behalf of Interested Party JAMES B. HADDEN
rholley@nevadafirm.com,
sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com;gbagley@nevadafirm.com

RICHARD F. HOLLEY on behalf of Interested Party MARK FINSTON
rholley@nevadafirm.com,
sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com;gbagley@nevadafirm.com

L. EDWARD HUMPHREY on behalf of Creditor GREIF & CO.
ehumphrey@hulolaw.com, jlopez@hulolaw.com

CHRISTOPHER D JAIME on behalf of Creditor CLASS B MEMBERS OF HARBOR STRUCTURED FINANCE, LLC
cjaime@mclrenolaw.com, kbernhardt@mclrenolaw.com

RODNEY M. JEAN on behalf of Creditor BMO HARRIS BANK N.A.
RJEAN@LIONELSAWYER.COM, bklsclv@lionelsawyer.com

ZACHARIAH LARSON on behalf of Debtor WFI DEBTOR
carey@lzlawnv.com, susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
edward.m.mcdonald@usdoj.gov

JEANETTE E. MCPHERSON on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
bkfilings@s-mlaw.com

MICAELA RUSTIA MOORE on behalf of Interested Party CARFINCO FINANCIAL GROUP, INC.
mmoore@foxrothschild.com, pchlum@foxrothschild.com;ldupree@foxrothschild.com

SAMUEL A. SCHWARTZ on behalf of Interested Party NEVADA EXPANSION, INC.
sam@schwartzlawyers.com, ecf@schwartzlawyers.com;schwartzecf@gmail.com

JEFFREY SLOANE on behalf of Creditor COPE FAMILY VENTURES
barbara@jsloanelaw.com

DAVID J. STOFT on behalf of Creditor GUERIN B SENTER
dstoft@mcdonaldcarano.com, cgerard@mcdonaldcarano.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

BLAINE T WELSH on behalf of Creditor U.S. Consumer Financial Protection Bureau
blaine.welsh@usdoj.gov, eunice.jones@usdoj.gov;sue.knight@usdoj.gov;mary.booker@usdoj.gov;doriayn.olivarra@usdoj.gov

RYAN J. WORKS on behalf of Creditor GUERIN B SENTER
rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com,bgrubb@mcdonaldcarano.com

MATTHEW C. ZIRZOW on behalf of Attorney LARSON & ZIRZOW, LLC
mzirzow@lzlawnv.com, susan@lzlawnv.com;tiffany@lzlawnv.com;carey@lzlawnv.com;mary@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Debtor GT DEBTOR
mzirzow@lzlawnv.com, susan@lzlawnv.com;tiffany@lzlawnv.com;carey@lzlawnv.com;mary@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Debtor WFI DEBTOR
mzirzow@lzlawnv.com, susan@lzlawnv.com;tiffany@lzlawnv.com;carey@lzlawnv.com;mary@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Debtor WFN DEBTOR
mzirzow@lzlawnv.com, susan@lzlawnv.com;tiffany@lzlawnv.com;carey@lzlawnv.com;mary@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Financial Advisor HIGH RIDGE PARTNERS
mzirzow@lzlawnv.com, susan@lzlawnv.com;tiffany@lzlawnv.com;carey@lzlawnv.com;mary@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Jnt Admin Debtor GT DEBTOR
mzirzow@lzlawnv.com, susan@lzlawnv.com;tiffany@lzlawnv.com;carey@lzlawnv.com;mary@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Jnt Admin Debtor WFN DEBTOR
mzirzow@lzlawnv.com, susan@lzlawnv.com;tiffany@lzlawnv.com;carey@lzlawnv.com;mary@lzlawnv.com

**13-17588-led Notice will not be electronically mailed to:**

AMHERST CONSULTING, LLC
,

DAVID T. AUDLEY on behalf of Creditor BMO HARRIS BANK N.A.
CHAPMAN & CUTLER LLP
111 W. MONROE ST.
CHICAGO, IL 60603

COMMERCE CRG OF NEVADA, LLC
,

DAVID COOPER
5642 SLATER RIDGE
HILLIARD, OH 43026-7477

DEALS WITH WHEELS
P.O. BOX 3476
FARMINGTON, NM 87499-3476

FTI CONSULTING, INC.
,

FTI CONSULTING, INC.
2 NORTH CENTRAL AVENUE, STE 1200
PHOENIX, AZ 85004

JAMES A HALL
95 N. MONDEL DR.
GILBERT, AZ 85233

HILCO RECEIVABLES, LLC
,

SHANNON NAGLE NAGLE on behalf of Creditor BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC
FRIED, FRANK, HARRIS, SHRIVER
& JOHNSON LLP
ONE NEW YORK PLAZA
NEW YORK, NY 10004

OFFICIAL COMMITTEE OF UNSECURED CREDITORS
C/O SCHWARTZER & MCPHERSON LAW FIRM
JEANETTE E. MCPHERSON, ESQ.
2850 S. JONES BLVD., SUITE 1
LAS VEGAS, NV 89146

LENARD E SCHWARTZER on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
Schwartzer & McPherson Law Firm
2850 S Jones Blvd Ste 1
Las Vegas, NV 89146

SCHWARTZER & MCPHERSON
2850 SOUTH JONES BLVD., SUITE 1
LAS VEGAS, NV 89146-5308

CARL I STAPEN on behalf of Creditor BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC
FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON, LLP
ONE NEW YORK PLAZA
NEW YORK, NY 10004

TW TELECOM INC.
10475 PARK MEADOWS DRIVE, #400
LITTLETON, CO 80124

GARY R UNDERWOOD on behalf of Creditor UNDERWOOD LAW FIRM, LLC
UNDERWOOD LAW FIRM, LLC
515 OLIVE STREET, STE. 800
ST. LOUIS, MO 63101

## File a Notice:

[13-17588-led WFI DEBTOR](#)

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: led | Case Flag: BAPCPA, JNTADMN, LEAD, EXHS |

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from DAVID J. STOFT entered on 3/10/2014 at 6:03 PM PDT and filed on 3/10/2014
**Case Name:**      WFI DEBTOR
**Case Number:**    [13-17588-led](#)
**Document Number:** [772](#)

**Docket Text:**
Notice of Hearing *on Motion for Order that D&O Insurance is not Property of the Estate or Alternatively Motion for Relief from Automatic Stay to Proceed Against D&O Insurance* Hearing Date: 04/15/14 Hearing Time: 9:30 a.m. Filed by DAVID J. STOFT on behalf of GUERIN B SENTER (Related document(s)[770] Miscellaneous Application filed by Creditor GUERIN B SENTER) (STOFT, DAVID)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Users\cgerard\Documents\LVDOCS-#300271-v1-Notice_of_Hearing_on_Motion_for_Order_that_D&O_Insurance_is_not_Property_of_the_Estate_.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=3/10/2014] [FileNumber=26080313-0
] [2e2dfdaa10ced919f8c041daa85b14fb7e27762dda236b218ed39a7ccfda2500adb
3e9d2572a74004d9052d87705dfc7592341c53b3770a12eed4ce02cbf3a02]]

**13-17588-led Notice will be electronically mailed to:**

OGONNA M. ATAMOH on behalf of Creditor CLASS B MEMBERS OF HARBOR STRUCTURED FINANCE, LLC
oatamoh@nevadafirm.com,
rholley@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;gbagley@nevadafirm.com

OGONNA M. ATAMOH on behalf of Interested Party JAMES B. HADDEN
oatamoh@nevadafirm.com,
rholley@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;gbagley@nevadafirm.com

OGONNA M. ATAMOH on behalf of Interested Party MARK FINSTON
oatamoh@nevadafirm.com,
rholley@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com;apestonit@nevadafirm.com;gbagley@nevadafirm.com

BRETT A. AXELROD on behalf of Interested Party CARFINCO FINANCIAL GROUP, INC.
baxelrod@foxrothschild.com, pchlum@foxrothschild.com;ldupree@foxrothschild.com

ROBERT M. CHARLES, JR. on behalf of Debtor WFI DEBTOR
rcharles@lrlaw.com, BankruptcyNotices@LRLaw.com

ROBERT M. CHARLES, JR. on behalf of Special Counsel LEWIS ROCA ROTHGERBER LLP
rcharles@lrlaw.com, BankruptcyNotices@LRLaw.com

GREGORY E GARMAN on behalf of Creditor FREDERICK&KATHERINE COOPER
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

DAVID B GOLUBCHIK on behalf of Consumer Privacy Ombudsman TIMOTHY J YOO
dbg@lnbrb.com

RICHARD F. HOLLEY on behalf of Creditor CLASS B MEMBERS OF HARBOR STRUCTURED FINANCE, LLC

rholley@nevadafirm.com,
sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com;gbagley@nevadafirm.com

RICHARD F. HOLLEY on behalf of Interested Party JAMES B. HADDEN
rholley@nevadafirm.com,
sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com;gbagley@nevadafirm.com

RICHARD F. HOLLEY on behalf of Interested Party MARK FINSTON
rholley@nevadafirm.com,
sdwkhtecf@gmail.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com;apestonit@nevadafirm.com;gbagley@nevadafirm.com

L. EDWARD HUMPHREY on behalf of Creditor GREIF & CO.
ehumphrey@hulolaw.com, jlopez@hulolaw.com

CHRISTOPHER D JAIME on behalf of Creditor CLASS B MEMBERS OF HARBOR STRUCTURED FINANCE, LLC
cjaime@mclrenolaw.com, kbernhardt@mclrenolaw.com

RODNEY M. JEAN on behalf of Creditor BMO HARRIS BANK N.A.
RJEAN@LIONELSAWYER.COM, bklsclv@lionelsawyer.com

ZACHARIAH LARSON on behalf of Debtor WFI DEBTOR
carey@lzlawnv.com, susan@lzlawnv.com;tiffany@lzlawnv.com;mzirzow@lzlawnv.com;mary@lzlawnv.com

EDWARD M. MCDONALD on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
edward.m.mcdonald@usdoj.gov

JEANETTE E. MCPHERSON on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
bkfilings@s-mlaw.com

MICAELA RUSTIA MOORE on behalf of Interested Party CARFINCO FINANCIAL GROUP, INC.
mmoore@foxrothschild.com, pchlum@foxrothschild.com;ldupree@foxrothschild.com

SAMUEL A. SCHWARTZ on behalf of Interested Party NEVADA EXPANSION, INC.
sam@schwartzlawyers.com, ecf@schwartzlawyers.com;schwartzecf@gmail.com

JEFFREY SLOANE on behalf of Creditor COPE FAMILY VENTURES
barbara@jsloanelaw.com

DAVID J. STOFT on behalf of Creditor GUERIN B SENTER
dstoft@mcdonaldcarano.com, cgerard@mcdonaldcarano.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

BLAINE T WELSH on behalf of Creditor U.S. Consumer Financial Protection Bureau
blaine.welsh@usdoj.gov, eunice.jones@usdoj.gov;sue.knight@usdoj.gov;mary.booker@usdoj.gov;doriayn.olivarra@usdoj.gov

RYAN J. WORKS on behalf of Creditor GUERIN B SENTER
rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com,bgrubb@mcdonaldcarano.com

MATTHEW C. ZIRZOW on behalf of Attorney LARSON & ZIRZOW, LLC
mzirzow@lzlawnv.com, susan@lzlawnv.com;tiffany@lzlawnv.com;carey@lzlawnv.com;mary@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Debtor GT DEBTOR
mzirzow@lzlawnv.com, susan@lzlawnv.com;tiffany@lzlawnv.com;carey@lzlawnv.com;mary@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Debtor WFI DEBTOR
mzirzow@lzlawnv.com, susan@lzlawnv.com;tiffany@lzlawnv.com;carey@lzlawnv.com;mary@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Debtor WFN DEBTOR
mzirzow@lzlawnv.com, susan@lzlawnv.com;tiffany@lzlawnv.com;carey@lzlawnv.com;mary@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Financial Advisor HIGH RIDGE PARTNERS
mzirzow@lzlawnv.com, susan@lzlawnv.com;tiffany@lzlawnv.com;carey@lzlawnv.com;mary@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Jnt Admin Debtor GT DEBTOR
mzirzow@lzlawnv.com, susan@lzlawnv.com;tiffany@lzlawnv.com;carey@lzlawnv.com;mary@lzlawnv.com

MATTHEW C. ZIRZOW on behalf of Jnt Admin Debtor WFN DEBTOR
mzirzow@lzlawnv.com, susan@lzlawnv.com;tiffany@lzlawnv.com;carey@lzlawnv.com;mary@lzlawnv.com

**13-17588-led Notice will not be electronically mailed to:**

AMHERST CONSULTING, LLC
,

DAVID T. AUDLEY on behalf of Creditor BMO HARRIS BANK N.A.
CHAPMAN & CUTLER LLP
111 W. MONROE ST.
CHICAGO, IL 60603

COMMERCE CRG OF NEVADA, LLC
,

DAVID COOPER
5642 SLATER RIDGE
HILLIARD, OH 43026-7477

DEALS WITH WHEELS
P.O. BOX 3476
FARMINGTON, NM 87499-3476

FTI CONSULTING, INC.
,

FTI CONSULTING, INC.
2 NORTH CENTRAL AVENUE, STE 1200
PHOENIX, AZ 85004

JAMES A HALL
95 N. MONDEL DR.
GILBERT, AZ 85233

HILCO RECEIVABLES, LLC
,

SHANNON NAGLE NAGLE on behalf of Creditor BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC
FRIED, FRANK, HARRIS, SHRIVER
& JOHNSON LLP
ONE NEW YORK PLAZA
NEW YORK, NY 10004

OFFICIAL COMMITTEE OF UNSECURED CREDITORS
C/O SCHWARTZER & MCPHERSON LAW FIRM
JEANETTE E. MCPHERSON, ESQ.
2850 S. JONES BLVD., SUITE 1
LAS VEGAS, NV 89146

LENARD E SCHWARTZER on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
Schwartzer & McPherson Law Firm
2850 S Jones Blvd Ste 1
Las Vegas, NV 89146

SCHWARTZER & MCPHERSON
2850 SOUTH JONES BLVD., SUITE 1
LAS VEGAS, NV 89146-5308

CARL I STAPEN on behalf of Creditor BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC
FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON, LLP

ONE NEW YORK PLAZA
NEW YORK, NY 10004

TW TELECOM INC.
10475 PARK MEADOWS DRIVE, #400
LITTLETON, CO 80124

GARY R UNDERWOOD on behalf of Creditor UNDERWOOD LAW FIRM, LLC
UNDERWOOD LAW FIRM, LLC
515 OLIVE STREET, STE. 800
ST. LOUIS, MO 63101