MCDONALD CARANO WILSON LLP
RYAN J. WORKS, NV Bar No. 9224
DAVID J. STOFT, NV Bar No. 10241
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
rworks@mcdonaldcarano.co
dstoft@mcdonaldcarano.com
*Attorneys for Guerin Senter*

*Electronically filed this April 8, 2014*

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>WFI DEBTOR,<br><br>              Debtor. | Case No. 13-17588-LED<br>(Jointly Administered)<br><br>**STIPULATION TO CONTINUE HEARING ON SENTER'S MOTION FOR RELIEF FROM AUTOMATIC STAY TO PROCEED AGAINST D&O INSURANCE AND ADD DEBTOR AS A NOMINAL PARTY TO STATE COURT LITIGATION AND DEADLINE FOR FILING REPLY IN SUPPORT OF MOTION**<br><br><u>Hearing Date:</u>  April 15, 2014<br><u>Hearing Time:</u>  9:30a.m.<br><br><u>Hearing Place:</u> **United States Bankruptcy Court, Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada, Third Floor, Courtroom 3** |

The Official Committee of Unsecured Creditors (the "<u>Committee</u>"), by and through its counsel, Schwartzer & McPherson Law Firm, and creditor Guerin Senter ("<u>Senter</u>"), by and through his counsel, McDonald Carano Wilson LLP, hereby enter this Stipulation to Continue the Hearing on Senter's Motion for Relief from Automatic Stay to Proceed Against D&O Insurance and Add Debtor as a Nominal Party to State Court Litigation (the "<u>Motion</u>") and Deadline for Filing Reply in Support of Motion.

**IT IS HEREBY STIPULATED BY THE UNDERSIGNED PARTIES THAT:**

1. The hearing on Senter's Motion will be continued at least one week, subject to the Court's next available hearing date and time.

2.	Senter's deadline for filing a Reply in support of his Motion will be continued to 7 calendar days prior to the continued hearing date pursuant to Local Rule 9014(d)(2), or to another date and time determined by the Court.

**IT IS SO STIPULATED.**

DATED this 8th day of April, 2014.

Prepared and respectfully submitted by:

MCDONALD CARANO WILSON LLP

  */s/ Ryan J. Works*
Ryan J. Works, Esq., NV Bar No. 9224
David J. Stoft, Esq., NV Bar No. 10241
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com
*Attorneys for Guerin Senter*

**APPROVED**/DISAPPROVED:

SCHWARTZER & MCPHERSON LAW FIRM

  */s/ Jeanette E. McPherson*
Jeanette E. McPherson, Esq.
2850 S. Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
*Attorneys for the Official Committee of Unsecured Creditors*