LARSON & ZIRZOW, LLC
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Telephone: (702) 382-1170
Fascimile: (702) 382-1169
Attorneys for Debtors

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>WFI DEBTOR,<br>　　　　　　　Debtor. | Case No.: BK-S-13-17588-LED<br>Chapter 11<br>(Jointly Administered) |
| In re:<br>WFN DEBTOR,<br>　　　　　　　Debtor. | Case No.: BK-S-13-17586-LED<br>Chapter 11 |
| In re:<br>GT DEBTOR,<br>　　　　　　　Debtor. | Case No.: BK-S-13-17589-LED<br>Chapter 11 |

**NOTICE OF (I) ENTRY OF CONFIRMATION ORDER AND (II) EFFECTIVE DATE OF DEBTORS' PLAN OF LIQUIDATION, AS MODIFIED; AND (II) DEADLINE FOR FILING REQUESTS FOR PAYMENT OF ALL ADMINISTRATIVE CLAIMS, INCLUDING PROFESSIONAL FEE CLAIMS**

**NOTICE IF HEREBY GIVEN** that on March 31, 2014, the United States Bankruptcy Court for the District of Nevada (the "Bankruptcy Court") entered an *Order Confirming Debtors' First Amended Joint Plan of Liquidation, as Modified, Pursuant to Chapter 11 of the Bankruptcy Code* (the "Confirmation Order") [ECF No. 806], thereby approving and confirming *Debtors' First Amended Joint Plan of Liquidating Pursuant to Chapter 11 of the Bankruptcy Code* (the "Plan")[1] filed by WFI Debtor, f/k/a Western Funding Incorporated, a California corporation, WFN Debtor, f/k/a Western Funding Inc. of Nevada, a Nevada corporation, and GT Debtor, f/k/a Global Track GPS, LLC, a Delaware limited liability company (collectively, the "Debtors").

**NOTICE IS FURTHER HEREBY GIVEN** that as of April 15, 2014, all conditions precedent to the effectiveness of the Plan have been satisfied or waived, and thus that the Effective Date of the Debtors' Plan is April 15, 2014 for all purposes.

---

[1] Unless otherwise indicated, all capitalized terms herein shall have the same meaning as in the Plan.

**NOTICE IS FURTHER HEREBY GIVEN THAT** pursuant to Debtors' confirmed Plan, subject to satisfaction of the conditions set forth in the Plan, Debtors were authorized to consummate the Plan on the Effective Date. As of the Effective Date, the terms, conditions and provisions of the Plan shall bind any holder of a Claim against, or Equity Security in, Debtors and their successors and assigns, or in the assets of the debtors, their successors and assigns, in each case regardless of whether the Claim or Equity Security of such Holder is impaired under the Plan and whether such Holder has accepted the Plan.

**NOTICE IS FURTHER HEREBY GIVEN THAT** pursuant to Debtors' confirmed Plan, subject to the terms of the Plan, Debtors or the Liquidation Trustee as the case may be, are duly and validly authorized to issue, execute, deliver, file or record any and all documents necessary to implement the Plan, in accordance with its terms. All documents necessary to implement the Plan upon execution on or after the Effective Date, will constitute, valid, binding and enforceable agreements not in conflict with any federal and state laws.

**NOTICE IS FURTHER HEREBY GIVEN THAT** pursuant to Debtors' confirmed Plan, the deadline for any creditor or party in interest to file a request for the allowance of any Administrative Claim or Professional Fee Claim is May 15, 2014.

**NOTICE IS FURTHER HEREBY GIVEN THAT** the Confirmation Order, the Plan or any other documents filed in these Chapter 11 cases are available as follows: (a) on file with and available from the clerk of the United States Bankruptcy Court for the District of Nevada, Foley Federal Building, 300 S. Las Vegas Blvd., Las Vegas, Nevada 89101, (b) may be obtained by e-mailing Debtors' counsel at Larson & Zirzow, LLC, mzirzow@lzlawnv.com; or (c) via the bankruptcy court's website at www.nvb.uscourts.gov (a PACER account is required).

DATED: April 17, 2014.

LARSON & ZIRZOW, LLC

By: __/s/ Matthew C. Zirzow__
MATTHEW C. ZIRZOW, ESQ.
Attorneys for Debtors

LARSON & ZIRZOW, LLC
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169