LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>WFI DEBTOR,<br><br>               Debtor. | Case No.: BK-S-13-17588-LED<br>Chapter 11<br>(Jointly Administered) |
| In re:<br><br>WFN DEBTOR,<br><br>               Debtor. | Case No.: BK-S-13-17586-LED<br>Chapter 11 |
| In re:<br><br>GT DEBTOR,<br><br>               Debtor. | Case No.: BK-S-13-17589-LED<br>Chapter 11<br><br><br>Date:  May 16, 2014<br>Time:  9:30 a.m. |

## NOTICE OF HEARING RE: FIRST AND FINAL FEE APPLICATIONS

PLEASE TAKE NOTICE that hearings on the following first and final fee applications (collectively, the "Applications") filed by professionals in these bankruptcy cases for allowance of compensation for professional services rendered and the reimbursement of expenses incurred will be heard on **May 16, 2014 at 9:30 a.m.**, in the Foley Federal Building, 300 Las Vegas Boulevard South, Third Floor, Courtroom 3, Las Vegas, Nevada 89101:

LARSON & ZIRZOW, LLC
810 S. Casino Center Blvd. #101
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

| Professional | ECF No. | Fees | Expenses | Total |
|---|---|---|---|---|
| FTI Consulting, Inc. (as Financial Advisors) | 849 | $94,792.50 | $7,932.27 | $202,724.77 |
| FTI Consulting, Inc. (as Investment Bankers) | 850 | $533,894.00 | $28,458.44 | $562,352.44 |

PLEASE TAKE FURTHER NOTICE that copies of the Applications are: (i) on file with and available from the clerk of the United States Bankruptcy Court for the District of Nevada, Foley Federal Building, 300 S. Las Vegas Blvd., Las Vegas, Nevada 89101, (ii) may be obtained by e-mailing Debtors' counsel at Larson & Zirzow, LLC, mzirzow@lzlawnv.com; or (iii) via the bankruptcy court's website at www.nvb.uscourts.gov (a PACER account is required).

PLEASE TAKE FURTHER NOTICE that any opposition to the requested relief in the Applications must be filed and served pursuant to Local Rule 9014(d)(1). If an objection is not timely filed and served, the relief requested may be granted without a hearing pursuant to LR 9014(d)(3).

If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice. If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
- The court may *refuse* to allow you to *speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

PLEASE TAKE FURTHER NOTICE that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and time at the above noticed hearing or any adjournment thereof.

Dated: April 18th, 2014.

LARSON & ZIRZOW, LLC

By: _____
MATTHEW C. ZIRZOW, ESQ.
Attorneys for Debtors